# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| **DELAWARE DISPLAY GROUP LLC AND INNOVATIVE DISPLAY TECHNOLOGIES LLC** | § § § § | |
| | § | **C.A. No. 13-cv-2112-RGA** |
| **Plaintiffs,** | § § | **JURY TRIAL DEMANDED** |
| | § | |
| v. | § § | |
| **VIZIO, INC., et al.** | § § | |
| **Defendant.** | § | |

## PLAINTIFFS' NOTICE OF 30(B)(1) DEPOSITION OF ROB BRINKMAN

PLEASE TAKE NOTICE that pursuant to Federal Rules of Civil Procedure 30(b)(1), Plaintiffs Delaware Display Group LLC and Innovative Display Technologies, LLC (collectively "Plaintiffs") will take the deposition of Rob Brinkman. The deposition will take place on January 21, 2016, beginning at 9:00 a.m. local time, at the offices of Farnan LLP, 919 North Market Street, 12th Fl., Wilmington, Delaware 19801, or another mutually agreed upon time and location, and will continue until completed. The deposition will be taken before a person authorized by law to administer oaths pursuant to Federal Rule of Civil Procedure 28(a), and shall be recorded by stenographic means and videotape.

Dated: January 6, 2016  Respectfully submitted,

**FARNAN LLP**

*/s/ Brian E. Farnan*
Brian E. Farnan (Bar No. 4089)
Michael J. Farnan (Bar No. 5165)
919 North Market Street, 12th Floor
Wilmington, Delaware 19801
302-777-0300 Telephone
302-777-0301 Facsimile
bfarnan@farnanlaw.com
mfarnan@farnanlaw.com

Jeffrey R. Bragalone (admitted *pro hac vice*)
Patrick J. Conroy (admitted *pro hac vice*)
Justin B. Kimble (admitted *pro hac vice*)
T. William Kennedy, Jr. (admitted *pro hac vice*)
Daniel F. Olejko (admitted *pro hac vice*)
James R. Perkins (admitted *pro hac vice*)
Stephanie R. Wood (admitted *pro hac vice*)
**BRAGALONE CONROY P.C.**
Chase Tower,
2200 Ross Ave., Suite 4500W
Dallas, Texas 75201
214-785-6670 Telephone
214-785-6680 Facsimile
jbragalone@bcpc-law.com
pconroy@bcpc-law.com
jkimble@bcpc-law.com
bkennedy@bcpc-law.com
dolejko@bcpc-law.com
jperkins@bcpc-law.com
swood@bcpc-law.com

Attorneys for Plaintiffs
**DELAWARE DISPLAY GROUP LLC and INNOVATIVE DISPLAY TECHNOLOGIES LLC**