**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| DELAWARE DISPLAY GROUP LLC and INNOVATIVE DISPLAY TECHNOLOGIES LLC, <br><br> Plaintiffs, <br><br> v. <br><br> LENOVO HOLDING CO., INC., and LENOVO (UNITED STATES) INC., <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) | Civil Action No. 13-2108-RGA <br><br> **JURY TRIAL DEMANDED** |
| DELAWARE DISPLAY GROUP LLC and INNOVATIVE DISPLAY TECHNOLOGIES LLC, <br><br> Plaintiffs, <br><br> v. <br><br> LG ELECTRONICS INC., LG ELECTRONICS U.S.A., INC., LG DISPLAY CO., LTD., and LG DISPLAY AMERICA, INC. <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | Civil Action No. 13-2109-RGA <br><br> **JURY TRIAL DEMANDED** |
| DELAWARE DISPLAY GROUP LLC and INNOVATIVE DISPLAY TECHNOLOGIES LLC, <br><br> Plaintiffs, <br><br> v. <br><br> VIZIO, INC., et al. <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) | Civil Action No. 13-2112-RGA <br><br> **JURY TRIAL DEMANDED** |

**PLAINTIFFS' NOTICE OF SUBPOENA TO LG ELECTRONICS ALABAMA, INC.**

PLEASE TAKE NOTICE that, pursuant to Federal Rule of Civil Procedure 45, Plaintiffs Delaware Display Group LLC ("DDG") and Innovative Display Technologies LLC ("IDT") (collectively, "Plaintiffs") will serve the attached subpoenas (Exhibit A-C) in the above-referenced actions.

Dated: February 29, 2016

Respectfully submitted,

**FARNAN LLP**

*/s/ Michael J. Farnan*
Brian E. Farnan (Bar No. 4089)
Michael J. Farnan (Bar No. 5165)
919 North Market Street, 12th Floor
Wilmington, Delaware 19801
302-777-0300 Telephone
302-777-0301 Facsimile
bfarnan@farnanlaw.com
mfarnan@farnanlaw.com

Jeffrey R. Bragalone (admitted *pro hac vice*)
Patrick J. Conroy (admitted *pro hac vice*)
Justin B. Kimble (admitted *pro hac vice*)
T. William Kennedy, Jr. (admitted *pro hac vice*)
Daniel F. Olejko (admitted *pro hac vice*)
James R. Perkins (admitted *pro hac vice*)
**BRAGALONE CONROY P.C.**
Chase Tower,
2200 Ross Ave., Suite 4500W
Dallas, Texas 75201
214-785-6670 Telephone
214-785-6680 Facsimile
jbragalone@bcpc-law.com
pconroy@bcpc-law.com
jkimble@bcpc-law.com
bkennedy@bcpc-law.com
dolejko@bcpc-law.com
jperkins@bcpc-law.com
Attorneys for Plaintiffs
**DELAWARE DISPLAY GROUP LLC and INNOVATIVE DISPLAY TECHNOLOGIES LLC**