IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DELAWARE DISPLAY GROUP LLC AND INNOVATIVE DISPLAY TECHNOLOGIES LLC,<br><br>    Plaintiffs,<br><br>    v.<br><br>VIZIO, INC.,<br><br>    Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>) Civil Action No. 13-2112-RGA<br>)<br>)<br>)<br>)<br>) |

**DEFENDANT VIZIO, INC.'S MOTION FOR SUMMARY JUDGMENT ON NON-ENABLEMENT AND WRITTEN DESCRIPTION**

Defendant VIZIO, Inc. ("VIZIO") hereby moves pursuant to Federal Rule of Civil Procedure 56(a) and 35 U.S.C. § 112, for summary judgment on non-enablement and written description. The grounds for this motion are set forth in VIZIO's Combined Opening Brief in Support of its Motion for Summary Judgment on Non-Enablement and Written Description and its Motion to Exclude Testimony of Dr. Frederic Kahn on Those Topics, and exhibits thereto, filed contemporaneously.

| | |
|---|---|
| *Of Counsel:* | YOUNG CONAWAY STARGATT & TAYLOR, LLP |
| GIBSON, DUNN & CRUTCHER LLP | /s/ *Pilar G. Kraman* |
| Jason C. Lo | _____ |
| Raymond A. LaMagna | Adam W. Poff (No. 3990) |
| Jeffrey G. Lau | Pilar G. Kraman (No. 5199) |
| 333 South Grand Avenue | Rodney Square |
| Los Angeles, CA 90071-3197 | 1000 North King Street |
| | Wilmington, DE 19801 |
| Cassandra Gaedt-Sheckter | (302) 571-6600 |
| 1881 Page Mill Road | apoff@ycst.com |
| Palo Alto, CA 94304-1211 | pkraman@ycst.com |
| | |
| | *Counsel for VIZIO, Inc.* |

Dated:  August 26, 2016

## CERTIFICATE OF SERVICE

I, Pilar G. Kraman, Esquire, hereby certify that on August 26, 2016, I caused to be electronically filed a copy of the foregoing document with the Clerk of the Court using CM/ECF, which will send notification that such filing is available for viewing and downloading to the following counsel of record:

>Joseph J. Farnan, Jr.
>Brian E. Farnan
>Michael J. Farnan
>FARNAN LLP
>919 N. Market Street, 12th Floor
>Wilmington, DE 19801
>farnan@farnanlaw.com
>bfarnan@farnanlaw.com
>mfarnan@farnanlaw.com
>*Attorney for Plaintiff*

I further certify that on August 26, 2016, I caused a copy of the foregoing document to be served by e-mail on the above-listed counsel and on the following:

>Jeffrey R. Bragalone
>Patrick J. Conroy
>Daniel F. Olejko
>Justin B. Kimble
>T. William Kennedy, Jr.
>James R. Perkins
>Stephanie R. Wood
>BRAGALONE CONROY PC
>Chase Tower
>2200 Ross Avenue, Suite 4500W
>Dallas Texas 75201-7924
>*jbragalone@bcpc-law.com*
>*pconroy@bcpc-law.com*
>*dolejko@bcpc-law.com*
>*jkimble@bcpc-law.com*
>*bkennedy@bcpc-law.com*
>*jperkins@bcpc-law.com*
>*swood@bcpc-law.com*

YOUNG CONAWAY STARGATT
& TAYLOR, LLP

 */s/ Pilar G. Kraman*
Adam W. Poff (No. 3990)
Pilar G. Kraman (No. 5199)
Rodney Square
1000 N. King Street
Wilmington, DE 19801
*apoff@ycst.com*
*pkraman@ycst.com*

*Attorney for Defendant VIZIO, Inc.*