IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DELAWARE DISPLAY GROUP LLC AND INNOVATIVE DISPLAY TECHNOLOGIES LLC,<br><br>Plaintiffs,<br><br>v.<br><br>VIZIO, INC.,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>) Civil Action No. 13-2112-RGA<br>)<br>)<br>)<br>)<br>) |

## **[PROPOSED] ORDER**

At Wilmington this __ day of _____, 2016, having considered Defendant VIZIO, Inc.'s ("VIZIO") Motion for Summary Judgment on Non-Enablement and Written Description, any response thereto, and any evidence, authority, and argument submitted,

IT IS HEREBY ORDERED that VIZIO's Motion is GRANTED.  The claims of U.S. Patent Nos. 7,434,974 and 7,537,370 are invalid as they are neither enabled nor contain sufficient written description as required by 35 U.S.C. § 112.

_____
The Honorable Richard G. Andrews