IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DELAWARE DISPLAY GROUP LLC AND INNOVATIVE DISPLAY TECHNOLOGIES LLC,<br><br>      Plaintiffs,<br><br>      v.<br><br>VIZIO, INC.,<br><br>      Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>) Civil Action No. 13-2112-RGA<br>)<br>)<br>)<br>)<br>) |

**DEFENDANT VIZIO, INC.'S MOTION TO EXCLUDE EXPERT TESTIMONY OF DR. FREDERIC KAHN ON THE ISSUES OF NON-ENABLEMENT AND WRITTEN DESCRIPTION**

Defendant VIZIO, Inc. ("VIZIO") hereby moves pursuant to *Daubert v. Merrell Dow Pharmaceuticals, Inc.*, 509 U.S. 579 (1993), Federal Rule of Evidence 702, and 35 U.S.C. § 112, to exclude Plaintiffs' technical expert, Dr. Frederic Kahn, on the issues of non-enablement and written description. The grounds for this motion are set forth in VIZIO's Combined Opening Brief in Support of its Motion for Summary Judgment on Non-Enablement and Written Description and its Motion to Exclude Testimony of Dr. Frederic Kahn on Those Topics, and exhibits thereto, filed contemporaneously.

Pursuant to D. Del. LR. 7.1.1, VIZIO certifies that a reasonable effort was made to reach agreement on the issues set forth in this motion, including a meet and confer involving Delaware counsel.

<div style="display: flex;">

<div>

*Of Counsel:*

GIBSON, DUNN & CRUTCHER LLP

Jason C. Lo
Raymond A. LaMagna
Jeffrey G. Lau
333 South Grand Avenue
Los Angeles, CA 90071-3197

Cassandra Gaedt-Sheckter
1881 Page Mill Road
Palo Alto, CA 94304-1211

</div>

<div>

YOUNG CONAWAY STARGATT & TAYLOR, LLP

/s/ *Pilar G. Kraman*

_____
Adam W. Poff (No. 3990)
Pilar G. Kraman (No. 5199)
Rodney Square
1000 North King Street
Wilmington, DE 19801
(302) 571-6600
apoff@ycst.com
pkraman@ycst.com

*Counsel for VIZIO, Inc.*

</div>

</div>

Dated: August 26, 2016

## CERTIFICATE OF SERVICE

I, Pilar G. Kraman, Esquire, hereby certify that on August 26, 2016, I caused to be electronically filed a copy of the foregoing document with the Clerk of the Court using CM/ECF, which will send notification that such filing is available for viewing and downloading to the following counsel of record:

>Joseph J. Farnan, Jr.
>Brian E. Farnan
>Michael J. Farnan
>FARNAN LLP
>919 N. Market Street, 12th Floor
>Wilmington, DE 19801
>farnan@farnanlaw.com
>bfarnan@farnanlaw.com
>mfarnan@farnanlaw.com
>*Attorney for Plaintiff*

I further certify that on August 26, 2016, I caused a copy of the foregoing document to be served by e-mail on the above-listed counsel and on the following:

>Jeffrey R. Bragalone
>Patrick J. Conroy
>Daniel F. Olejko
>Justin B. Kimble
>T. William Kennedy, Jr.
>James R. Perkins
>Stephanie R. Wood
>BRAGALONE CONROY PC
>Chase Tower
>2200 Ross Avenue, Suite 4500W
>Dallas Texas 75201-7924
>*jbragalone@bcpc-law.com*
>*pconroy@bcpc-law.com*
>*dolejko@bcpc-law.com*
>*jkimble@bcpc-law.com*
>*bkennedy@bcpc-law.com*
>*jperkins@bcpc-law.com*
>*swood@bcpc-law.com*

YOUNG CONAWAY STARGATT
& TAYLOR, LLP

 /s/ Pilar G. Kraman
Adam W. Poff (No. 3990)
Pilar G. Kraman (No. 5199)
Rodney Square
1000 N. King Street
Wilmington, DE 19801
*apoff@ycst.com*
*pkraman@ycst.com*

*Attorney for Defendant VIZIO, Inc.*

01:15079964.1