IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DELAWARE DISPLAY GROUP LLC AND INNOVATIVE DISPLAY TECHNOLOGIES LLC,<br><br>    Plaintiffs,<br><br>    v.<br><br>VIZIO, INC.,<br><br>    Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)  Civil Action No. 13-2112-RGA<br>)<br>)<br>)<br>)<br>) |

## **[PROPOSED] ORDER**

At Wilmington this __ day of _____, 2016, having considered VIZIO, Inc.'s ("VIZIO") Motion to Exclude Testimony of Dr. Frederic Kahn on the Issues of Non-Enablement and Written Description, and any response thereto,

IT IS HEREBY ORDERED that VIZIO's Motion is GRANTED.

_____
The Honorable Richard G. Andrews