IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DELAWARE DISPLAY GROUP LLC AND INNOVATIVE DISPLAY TECHNOLOGIES LLC, | ) ) ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) Civil Action No. 13-2112-RGA |
| | ) |
| VIZIO, INC., | ) |
| | ) |
| Defendant. | ) |
| | ) |

**DECLARATION OF RAYMOND A. LAMAGNA, ESQ., IN SUPPORT OF DEFENDANT
VIZIO, INC.'S MOTION FOR SUMMARY JUDGMENT ON NON-ENABLEMENT AND
WRITTEN DESCRIPTION AND ITS MOTION TO EXCLUDE TESTIMONY OF DR.
FREDERIC KAHN ON THOSE TOPICS**

I, Raymond A. LaMagna, hereby declare that:

1.       I am an associate with the law firm of Gibson, Dunn & Crutcher LLP, counsel for

Defendant VIZIO, Inc. ("VIZIO") in this action.  I make this declaration based on my personal

knowledge and belief.

2.       Attached to this declaration at Exhibit A is a copy of the Expert Report of Richard

A. Flasck, dated May 18, 2016, including opinions regarding enablement and written description,

and his Curriculum Vitae.  Copies of certain materials cited in the Expert Report of Richard A.

Flasck are included as Exhibits A1-A9, described below.

3.       Attached to this declaration at Exhibit A1 is a copy of an article entitled

"Candela-class high-brightness InGaN/AIGaNdouble-heterostructure blue-light-emitting diodes"

by Shuji Nasamura, dated March 28, 1994.

4.       Attached to this declaration at Exhibit A2 is a copy of an article entitled "High-

Brightness InGaN Blue, Green and Yellow Light-Emitting Diodes with Quantum Well Structures" by Shuji Nasamura, dated July 1, 1995.

5.      Attached to this declaration at Exhibit A3 is an excerpt of a publication entitled "Handbook of Optics" by Roland Haitz, et al., dated 1995.

6.      Attached to this declaration at Exhibit A4 is an article entitled "12.1: LED Backlight for LCDs" by F. Yamada, dated 1998.

7.      Attached to this declaration at Exhibit A5 is an article entitled "LEDs for Solid State Lighting and Other Emerging Applications: Status, Trends and Challenges" by M. G. Craford, dated December 13, 2005.

8.      Attached to this declaration at Exhibit A6 is an excerpt of a publication entitled "Handbook of Display Technology" by Joseph A. Castellano, dated 1992.

9.      Attached to this declaration at Exhibit A7 is an article entitled "The Promise and Challenge of Solid-State Lighting" by Arpad Bergh, et al., dated December 2001.

10.     Attached to this declaration at Exhibit A8 is an article entitled "43.4: High-Brightness Directs Backlight for LCD-TV" by Robert Scott West, dated 2003.

11.     Attached to this declaration at Exhibit A9 is an article entitled "74.1: Invited Paper: LED Backlighting for LCD TVs" by Winfried Schwedler, dated 2010.

12.     Attached to this declaration at Exhibit B is the Responsive Expert Report of Dr. Frederic J. Kahn dated June 21, 2016.  Copies of certain materials provided with the Responsive Expert Report of Frederic J. Kahn are included as Exhibits B1-B3, described below.

13.     Attached to this declaration at Exhibit B1 is the Curriculum Vitae of Frederic J. Kahn, Ph.D., dated June 21, 2016.

14.     Attached to this declaration at Exhibit B2 is an article entitled "The Case for a

National Research Program on Semiconductor Lighting" by Roland Haitz, et al., dated July 2000.

15.     Attached to this declaration at Exhibit B3 is an internet article entitled "The Future of Light is the LED" by Dan Koeppel, dated August 19, 2011.

16.     Attached to this declaration at Exhibit C is the Reply Expert Report of Richard J. Flasck dated July 15, 2016.  Copies of certain materials cited in the Reply Expert Report of Richard A. Flasck are included as Exhibits C1-C6, described below.

17.     Attached to this declaration at Exhibit C1 is a publication entitled "Flat-Panel Displays and CRTs" edited by Lawrence E. Tannas, Jr., dated 1985.

18.     Attached to this declaration at Exhibit C2 is an excerpt of a publication "entitled Handbook of Display Technology" by Joseph A. Castellano, dated 1992.

19.     Attached to this declaration at Exhibit C3 is an article entitled "15:2: A 42" PALC Display with Wide Viewing Angel Using ASM Mode" by N. Yamada et al., dated 1998.

20.     Attached to this declaration at Exhibit C4 is an article entitled "27:3: Invited Paper: Prospects of Larger Size TV Displays using LCD" by Taiji Nishizawa, dated 2000.

21.     Attached to this declaration at Exhibit C5 is an excerpt of a publication entitled "LCD Backlights" by Kobayashi et al., dated 2009.

22.     Attached to this declaration at Exhibit C6 is an excerpt of a publication entitled "Light-Emitting Diodes – Second Edition" by E. Fred Schubert, dated 2006.

23.     Attached to this declaration at Exhibit D is a copy of Plaintiffs' Initial Claim Charts to Defendants VIZIO, Inc. et al., dated November 21, 2014.

24.     Attached to this declaration at Exhibit E is a copy of the transcript of the August 12, 2016 deposition of Dr. Frederic Kahn, annotated with highlighting to identify cited portions.

25.      Attached to this declaration at Exhibit F is a copy of the U.S. Patent No. 7,434,974, issued October 14, 2008.

26.      Attached to this declaration at Exhibit G is a copy of the U.S. Patent No. 7,537,370, issued May 26, 2009.

///

///

///

I declare under penalty of perjury that the foregoing, to the best of my knowledge, is true and accurate.

Executed at Los Angeles, California on August 26, 2016.

*/s/ Raymond A. LaMagna*
Raymond A. LaMagna

4

## CERTIFICATE OF SERVICE

I, Pilar G. Kraman, Esquire, hereby certify that on August 26, 2016, I caused to be electronically filed a copy of the foregoing document with the Clerk of the Court using CM/ECF, which will send notification that such filing is available for viewing and downloading to the following counsel of record:

> Joseph J. Farnan, Jr.
> Brian E. Farnan
> Michael J. Farnan
> FARNAN LLP
> 919 N. Market Street, 12th Floor
> Wilmington, DE 19801
> farnan@farnanlaw.com
> bfarnan@farnanlaw.com
> mfarnan@farnanlaw.com
> *Attorney for Plaintiff*

I further certify that on August 26, 2016, I caused a copy of the foregoing document to be served by e-mail on the above-listed counsel and on the following:

> Jeffrey R. Bragalone
> Patrick J. Conroy
> Daniel F. Olejko
> Justin B. Kimble
> T. William Kennedy, Jr.
> James R. Perkins
> Stephanie R. Wood
> BRAGALONE CONROY PC
> Chase Tower
> 2200 Ross Avenue, Suite 4500W
> Dallas Texas 75201-7924
> *jbragalone@bcpc-law.com*
> *pconroy@bcpc-law.com*
> *dolejko@bcpc-law.com*
> *jkimble@bcpc-law.com*
> *bkennedy@bcpc-law.com*
> *jperkins@bcpc-law.com*
> *swood@bcpc-law.com*

01:15079964.1

YOUNG CONAWAY STARGATT
& TAYLOR, LLP

 */s/ Pilar G. Kraman*
Adam W. Poff (No. 3990)
Pilar G. Kraman (No. 5199)
Rodney Square
1000 N. King Street
Wilmington, DE 19801
*apoff@ycst.com*
*pkraman@ycst.com*

*Attorney for Defendant VIZIO, Inc.*

01:15079964.1