# EXHIBIT A

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

DELAWARE DISPLAY GROUP LLC
AND INNOVATIVE DISPLAY
TECHNOLOGIES LLC

          Plaintiffs,

v.

VIZIO, INC.,

          Defendant.

Case No. 13-cv-02112-RGA

## <u>EXPERT REPORT OF RICHARD A. FLASCK</u>

**TABLE OF CONTENTS**

Page

I.    INTRODUCTION ........................................................................................................ 1

II.   BACKGROUND AND QUALIFICATIONS......................................................... 1

III.  MATERIALS CONSIDERED ............................................................................... 4

IV.   LEGAL STANDARDS .......................................................................................... 4

      A.   Enablement................................................................................................... 4

      B.   Written Description ..................................................................................... 7

V.    SKILL IN THE ART ............................................................................................. 8

VI.   ANALYSIS................................................................................................................ 9

      A.   LED Edge-Lit Televisions and 1995-Era LEDs ........................................ 9

      B.   Application of LEDs as Edge-Lit LCD Television Backlights............................... 15

      C.   Comparative Analysis I................................................................................ 20

      D.   Comparative Analysis II .............................................................................. 22

      E.   Summary of Conclusions ............................................................................. 25

      F.   The '974 and '370 Patents Fail to Enable a Person of Ordinary Skill in June
           1995 to Practice the Full Scope of the Claimed Inventions.................................. 27

      G.   The '974 and '370 Patents Fail to Describe to a Person Ordinary Skill in June
           1995 the Full Scope of the Claimed Inventions....................................... 31

## I.     INTRODUCTION

1.     My name is Richard A. Flasck, and I have been retained by the law firm of Gibson, Dunn & Crutcher LLP on behalf of VIZIO, Inc. ("VIZIO") as an expert in the relevant art, including during the time period of the 1990s.

2.     I have been asked to provide my opinions and views on whether a person of skill in the art at the time (*i.e.*, June 1995) would have been enabled to practice the scope of the claims of U.S. Patent Nos. 7,434,974 ("the '974 patent") and 7,537,370 ("the '370 patent") (collectively, the "Asserted Patents") asserted against VIZIO by Plaintiffs Delaware Display Group LLC and Innovative Display Technologies LLC (individually DDG and IDT respectively, collectively, "Plaintiffs"), and whether the disclosure of the applications of the Asserted Patents conveys to those skilled in the art that the inventor had possession of the claimed subject matter as of the filing date in 1995.

3.     I am compensated at the rate of $375/hour for my work, plus reimbursement for expenses.  My compensation has not influenced any of my opinions in this matter and does not depend on the nature of my opinions, or the outcome of this proceeding or any issue in it.

4.     My opinions and underlying reasoning for these opinions are summarized below.

## II.     BACKGROUND AND QUALIFICATIONS

5.     I received a Bachelor of Science degree in Physics from the University of Michigan (Ann Arbor, MI) in 1970. I received a Master of Science degree in Physics from Oakland University (Rochester, MI) in 1976.

6.     My forty-six year career has involved high tech product development, intellectual property issues, projection displays, optical design and components (including illumination systems), LCD flat panel displays and modules, backlighting of flat panel displays, CCFL and

LED product development, injection molding, chip-onboard development, and High Definition Television (HDTV) systems.

7. I founded Alphasil, Inc. in 1982 and was one of the first to work in amorphous silicon thin film transistor ("TFT") active matrix liquid crystal displays ("LCD"). As CEO of Alphasil, I was responsible for establishing the first amorphous silicon TFT LCD pilot production line (2000 square feet of class 10 cleanroom) in Fremont, California in 1986.

8. My experience includes developing the TFT active matrix circuits and production processes, video controllers, scalers, gate drive circuits, data drive circuits, and backlight units ("BLU") for the LCD modules which Alphasil developed and sold. This activity included the design and development of CCFL drive circuit technology.

9. At Alphasil, I pioneered the use of CCFLs in LCD backlight units (BLUs) starting in 1986. By 1988 I had managed the development of one of the first dimming inverters (then called "electronic ballasts") for CCFL based BLUs.

10. I founded RAF Electronics Corp. in 1989 and pioneered Liquid Crystal On Silicon ("LCOS") projection technology. My experience included developing LCD microdisplay circuits, video controller, scalers, and illumination systems for LCOS microdisplays.

11. Since 1990, I have been involved in developing LED lighting for LCD BLUs and other applications including LED railroad signage, LED projection engines, LED based medical therapeutic devices, and LED theater lighting.

12. I am an inventor on twenty six issued patents. My latest patent, US 9,328,898 claims a high efficiency LED illumination system using non-imaging optics. Some patents of particular relevance are listed below:

- 9,328,898  5/3/16 High Efficiency Hybrid Illumination System

- 4,842,378 6/27/89 Method of illuminating Flat Panel Displays to Provide CRT Appearing Displays

- 4,736,229 4/5/88 Method of Manufacturing Flat Panel Backplanes, Display Transistors and Displays Made Thereby

- 4,651,185 3/17/87 Method of Manufacturing Thin Film Transistors and Transistors Made Thereby

- 4,545,112 10/8/85 Method of Manufacturing Thin Film Transistors and Transistors Made Thereby

13.     In addition, I am the author of various publications, conference papers and presentations.  Some publications of particular interest are:

- R. Flasck, "Ultra High Efficiency Beam Forming Solid State Lighting Luminaires", Society for Information Display Conference, Boston, June 7, 2012.

- R. Flasck, " Design, Production, and Application of High Performance Dichroic Coatings    - One Step Beyond the Cutting Edge – ", presented at the SAIC Non-Imaging Optics Workshop, La Jolla, CA,  August 25, 2007

- R. Flasck, "The Critical Role of Optical Interference Coatings in High Brightness – Etendue Limited Systems Such as HDTV Projectors", at The 2007 Optical Interference Coatings Topical Meeting and Tabletop Exhibit, Optical Society of America, June 7, 2007.

- R. Flasck, "X-Cubes – Revisited for LCOS", Bay Area Society for Information Display Meeting, October 24, 2002

- R. Flasck, "Current and Near Term Applications of Flat Panel Display Devices," Applications of Electronic Imaging; John Urbach, Editor; Proceedings of SPIE, Vol 1082 (1989). – Invited Critical Review Paper

- R. Flasck, "U.S. Display Suppliers and Developers: Comments on Developments and Manufacturing," Flat Panel Displays 1988 Conference and Exhibition; Stanford Resources, Inc. (1988). – Invited Presentation and Expert Panel Member

14.     A detailed record of my professional qualifications, including a list of publications, awards, professional activities, and testifying experience, is set forth in my curriculum vitae, attached to this report as Appendix A.

## III. MATERIALS CONSIDERED

15.     In addition to my general knowledge and my understanding of this art gained as a result of my education and experience in this field, I have reviewed and considered the Asserted Patents, their file histories and initial applications, and all references cited in this report.

## IV. LEGAL STANDARDS

16.     I am not a lawyer or legal expert, and do not offer any legal opinions. I have, however, been informed by counsel for VIZIO of the legal standards applicable to the issues I have been asked to examine.

### A. Enablement

17.     I have been informed that the specification of a patent must contain a written description of the invention, and of the manner and process of making and using it, in such full, clear, concise, and exact terms as to enable any person skilled in the art to which it pertains, or with which it is most nearly connected, to make and use the invention. I understand that this requirement of this provision is commonly called the "enablement" requirement.

18.     I understand that a patent claim is enabled if the patent specification discloses sufficient information to enable a person of ordinary skill in the field of the invention to, at the time the application was filed (or its effective filing date), make and use the full scope of the claimed invention without undue experimentation. I have been informed that compliance with the enablement requirement must be determined as of the effective filing date of the patent's application. For the purposes of this report, I treat that date as June 27, 1995 (the U.S. filing date of the prior priority application to the '370 and '974 patents).

19.     I understand that a number of factors can inform the determination of whether any required experimentation is undue, including (1) the quantity of experimentation necessary; (2) the amount of direction or guidance presented; (3) the presence or absence of working examples;

4

(4) the nature of the invention; (5) the state of the prior art; (6) the relative skill of those in the art; (7) the predictability or unpredictability of the art; and (8) the breadth of the claims.

20. *Factor 1*—It is my understanding that the quantity of experimentation refers to the amount of experimentation that would have been necessary to make and use the invention at the time the application was filed based on the disclosure in the patent. In particular, I understand that this factor focuses on the amount of non-routine experimentation required. If a significant amount of non-routine experimentation would have been required to make and use the invention, then the invention is not enabled. Time and expense are relevant to this factor, as are any failed attempts, by the patentee and others, to implement the claimed invention.

21. *Factor 2*—I understand that the "amount of guidance or direction" refers to the information in the patent specification that teaches exactly how to make or use the invention. The more that is known in the prior art about the nature of the invention and the more predictable the art is, the less information needs to be explicitly stated in the specification. By contrast, I understand that, if little is known in the prior art about the nature of the invention and the art is unpredictable, the specification must be more detailed as to how to make and use the invention in order to be enabling.

22. *Factor 3*—I understand that the absence of working examples suggests the claimed invention is not enabled, especially if the patent relates to an unpredictable art.

23. *Factor 4*—I have been informed that the nature of the invention may be significant to determining whether a patent's specification is enabling because it provides a basis for evaluating the state of the art and the relative skill of those in the art.

24. *Factor 5*—It is my understanding that the state of the prior art pertains to what one of skill in the art would have known at the time the relevant application was filed about the

5

subject matter that relates to the claimed invention. Further, the state of the art provides evidence that relates to the degree of predictability in the art, the amount of direction or guidance needed in the specification as filed and the need for working examples. I have been informed that the specification need not disclose what is well known to those of skill in the art.

25. *Factor 6*—I understand that the relative skill of those in the art should be considered as of the time the relevant application was filed and relates to the subject matter pertaining to the claimed invention. I understand that when an invention, in its different aspects, involves multiple, distinct arts, the specification is enabling only if it enables those skilled in each applicable art to carry out the aspects proper to their specialties.

26. *Factor 7*—I have been notified that a greater level of disclosure is generally required for inventions relating to unpredictable subject matter. The "predictability of the art" refers to the ability of one skilled in the art to extrapolate disclosed or known results to the claimed invention. If one skilled in the art can readily anticipate the effect of a change within the subject matter to which the claimed invention pertains, then there is predictability in the art. On the other hand, if one skilled in the art cannot readily anticipate the effect of a change within the subject matter to which that claimed invention pertains, then there is lack of predictability in the art. Thus, what is known in the art provides evidence as to the question of predictability. I have been informed that the nature of the invention is important because it provides the foundation for evaluating the state of the art and the relative skill of those in the art.

27. *Factor 8*—I further understand that a more detailed disclosure in the patent specification is required to enable broad claims because the disclosure in the specification must enable the full scope of the claims.

**B.     Written Description**

28.     I understand that a patent specification must also describe the subject matter claimed in the patent.  That is, the specification of a patent must contain a written description of the invention.  This requirement is commonly called the "written description" requirement.

29.     I have been informed that compliance with the written description requirement is also determined as of the effective filing date of the patent's application.  As stated above, for the purposes of this report, I treat that date as June 27, 1995 (the U.S. filing date of the prior priority application to the '370 and '974 patents).

30.     I understand that in analyzing whether a patent specification provides sufficient written description of a claim, I must consider the description from the viewpoint of one of skill in the art when the application for the claim was filed (here, June 27, 1995).  I understand that the written description requirement is satisfied if a person having ordinary skill reading the original patent application would have reasonably recognized that it describes the full scope of the claimed invention as it is finally claimed in the issued patent and that the inventor actually possessed that full scope by the filing date of the original application.

31.     I understand that the written description requirement ensures that the issued claims correspond to the scope of the written description that was provided in the original application.  That is, proper written description shows that the inventor actually invented the claimed invention, and was in possession of each claim of the invention at the time the application for the patent was filed—even though the claim may have changed or new claims may have been added during the course of the application.

32.     I have been informed that a mere wish or plan for obtaining the claimed invention is insufficient to meet the written description requirement.  I have also been informed that it is

7

insufficient for the claimed invention to be obvious to a person of ordinary skill in the art based on the specification.

33. I have been informed that relevant factors for evaluating the adequacy of the disclosure for purposes of the written description requirement include the existing knowledge in the field, the extent and content of the prior art, the maturity of the science and technology and the predictability of the aspect at issue.

34. I understand that the written description requirement may be satisfied by any combination of the words, structures, figures, diagrams, formulas, etc., contained in the patent application. The full scope of a claim or any particular requirement in a claim need not be expressly disclosed in the original patent application if a person having ordinary skill in the field of technology of the patent at the time of filing would have understood that the full scope or missing requirement is in the written description in the patent application.

## V.    <u>SKILL IN THE ART</u>

35. I have been informed that Dr. Michael Escuti, who has also served as an expert in this case, has expressed the opinion that a person of ordinary skill in the art at the time of the applications of the Asserted Patents would have at least an undergraduate degree in physics, optics, or electrical engineering, or applied mathematics **and** 3 years of work experience (or a graduate degree) in a field related to optical technology. This is consistent with my own view, which is the same, and which I have also previously stated in related matters.

36. To the extent I offer opinions or analysis in this report as to what was known, understood, possible, capable, enabled, described, disclosed, or available in the art, I do so speaking from the perspective of what would have been known, understood, possible, capable, enabled, described, disclosed, or available in June 1995 to one of ordinary skill in the art as

8

described above. That is, my analysis below, while matching my personal opinion, expresses what a person of ordinary skill in the art would have understood in June 1995.

## VI. ANALYSIS

### A. LED Edge-Lit Televisions and 1995-Era LEDs

37. The technical problem faced in the art to create light-emitting panel assemblies capable and suitable for larger edge-lit displays such as televisions is different than that faced with smaller or hand-held displays (such as those illustrated in the asserted patents and the prior art). As edge-lit display size grows larger, the distance from the light source to the center of the display becomes greater and the ratio of the input-edge surface to output/front display surface deceases. That is, for every square unit of display/LCD surface to be lit, an ever-decreasing ratio of linear input edge area is available to accept input light for the device. As such, larger edge-lit LCD television displays (typically 16:9 dimensions) require more efficient (*i.e.*, brighter) LED light sources than smaller or hand-held displays. And, the technology to create such LEDs and corresponding light-emitting panels did not exist in June 1995 at the time of the disclosures of the asserted patents. Nor do the asserted patents disclose any LED light sources that would enable such applications, or otherwise disclose means of creating such LEDs. To the contrary, none were known in the art at the time.

38. Light-emitting diodes (LEDs) were invented in 1962 and initially entered the market in the late 1970's as red indicator lamps. *E.g.*, A. Bergh et al., "The Promise and Challenge of Solid State Lighting," 54(12) Physics Today 42, at 42 (Dec. 2001). In the 1990's two advances occurred. First, workers at HP and Toshiba used AlInGaP to develop higher brightness red and amber sources. *E.g.*, *id*. And second, Shuji Nakamura at Nichia in Japan demonstrated higher brightness blue and green LEDs in 1993 and 1995 respectively using

gallium nitride (GaN).  *E.g., id.*[1]  These advances led to a more pervasive use of LEDs in the early 2000's.

39.    The figure below illustrates development points in the advance to modern LEDs. *See, e.g.,* Bergh et al. at 43.



40.    In 1995, the LEDs most suitable for use as color backlights for LCDs were based on AlGaAs/GaAs (red) and GaN (green and blue).  Diode performance in 1995 is also partially illustrated below.[2]

---

[1]    *See* Nakamura et al., "Candela-class high-brightness InGaN/AIGaN double-heterostructure blue-light-emitting diodes," Appl. Phys. Letters 64 (13): 1687–89 (March 28,1994) (reporting 1.2cd blue LED, or ~3lm/W) [Nakamura 1994]; Nakamura et al., "High-Brightness InGaN Blue, Green and Yellow Light-Emitting Diodes with Quantum Well Structures," Japan J. Appl. Phys. Vol. 34( 7A): L 797-L 799 (July 1, 1995) [Nakamura 1995].

[2]    *See* R. Haitz et al., "Light Emitting Diodes," *Handbook of Optics*, Vol. 1 Chapter 12 Fundamentals, Techniques, and Design, McGraw Hill (1995).  For Figure shown, *see* 12.20.



**FIGURE 17** Luminous efficacy for AlInGaP LEDs versus wavelength compared to other LED technologies. AlInGaP LEDs are more than an order of magnitude brighter in the orange and yellow regions than other LEDs. AlInGaP LEDs compare favorably to the best AlGaAs red LEDs.

41.    Blue LED packages utilizing the GaN system, invented in 1993 by Nakamura, were not generally available commercially until after June 1995. But, to be conservative for the sake of the comparative analysis below, these are presumed available per the publication of Nakamura's research. Green LEDs based on GaN were also invented by Nakamura, but in 1995, and published *after* June 27, 1995. *See* Nakamura 1995.[3] As further discussed below, white

---

[3]    In the comparative analyses below, green LEDs based on GaN (which offered superior brightness and efficiency over prior green LEDs) are presumed to be available to one of skill in the art, with the estimates below factoring in that assumption solely to be conservative. But, given the timing of Nakamura's inventions and when his 525 nm (green) GaN LED invention was published, such LEDs would not have been publicly known or available in June 1995, nor would they have been within the skill or reach of a person of ordinary skill at the time to fabricate or invent, as reflected by the fact that Nakamura himself won the Nobel Prize for his work on GaN LEDs. Instead, in June 1995, to create an RGB set of LEDs, a person of ordinary skill in the art would have had to use less efficient or bright green LEDs based on earlier technology (*e.g.*, Ga:P, which was only a fraction as bright), or been unable

LEDs based on the blue GaN system with yellow phosphor coating were not available in 1995 (and when later available, not available in any efficiency or brightness that would alter the results or my opinions stated here). Another chart below also illustrates the evolution of LED efficacy, which I have annotated to illustrate the state of LED efficiency in the 1995 period.[4]



Copyright © Lumileds Lighting, LLC
Lumileds Confidential

*(Cont'd from previous page)*

to properly approximate white light required for a television application. As such, the estimates below for LED displays involving 1995-era LEDs are exceptionally conservative and overstate the likely capabilities of one of ordinary skill at the time, further evidencing that the LED-lit television applications discussed were not enabled in June 1995.

[4]  *See* G. Craford, "LEDs for Solid State Lighting and Other Emerging Applications, Status, Trends and Challenges," Lumiled Lighting, SCVEDS Presentation to IEEE Electron Devices Soc. Meeting, at 5 (Dec. 13, 2005) [Craford].

42. From the above, the efficacy in lumens/watt for a red, green, and blue (RGB) LED combination potentially available in 1995 could be calculated as follows:[5]

| Color | Efficacy | Drive voltage | Lumens/package for white (~30%R, 60%G, 10%B) |
|---|---|---|---|
| Red | ~20 lm/W | 1.8V | 0.30 lm (8mA, 14mW) |
| Green | ~9 lm/W[6] | 3.3V | 0.59 lm (20mA, 67mW) |
| Blue | ~3 lm/W[7] | 3.3V | 0.10 lm (10mA, 33mW) |
| R+G+B=White | 0.99lm [*i.e.*, 0.30 + 0.59 + 0.10 above] / .114W = 8.7 lm/W | | |

43. White light, such as that required to backlight LCD televisions, is made up of approximately 30% red, 60% green, and 10% blue (subject to the wavelengths of each LED). If such balanced white light is required, red and blue LEDs cannot be operated at maximum current and are shown above driven at 40 and 50% respectively. The white luminous efficacy would then be the sum of the RGB lumens divided by the power input (~8.7 lm/W). Mounted in 5mm packages, the lumens available for an edge-lit backlight is 0.99 lm per 15mm or 0.66 lm/cm.

44. Alternatively, because the green efficacy is low, two green LEDs could be employed for every red and blue LED, creating RGGB groupings, to approximate white light:

---

[5] For similar lumen, drive voltage and power values, see Yamada, F. and Sakaguichi, Y., 12.1: LED Backlight for LCDs, SID Symposium Digest of Technical Papers, 29: 149–152, at p. 3, doi: 10.1889/1.1833715 (1998) [Yamada SID Digest 1998].

[6] This is consistent with what Nakamura reported in his paper publishing his invention of the green LED. Nakamura 1995 (reporting 4cd green LED).

[7] This is consistent with what Nakamura reported in his paper publishing his invention of the blue LED. *See* Nakamura 1994 (reporting 1.2cd blue LED).

| Color | Efficacy | Drive voltage | Lumens/package for white (~30%R, 60%G, 10%B) |
|---|---|---|---|
| One Red | ~20 lm/W | 1.8V | 0.60 lm (16mA, 28mW)[8] |
| Two Green | ~9 Lm/W | 3.3V | 1.20 lm (40mA, 133mW, in light of two LEDs being used) |
| One Blue | ~3 lm/W | 3.3V | 0.20 lm (20mA, 67mW) |
| R+2G+B=White | 2lm [*i.e.*, 0.60 + 1.20 + 0.20 above] / .228W = 8.7 lm/W | | |

As before, the white luminous efficacy is the sum of the RGGB lumens divided by the power input or approximately 8.7 lm/W. For these four LED, which are mounted in 5mm packages each, the lumens available for an edge-lit backlight is 2 lm per every 20 mm or 1.0 lm/cm.

45.     Luminous efficacy is only part of the story for the use of LEDs in edge-lit televisions. An important factor is the power handling capability of LED packages. In the 1995 time frame, LEDs were typically packaged in 5mm packages, shown below from Craford (at 9).



46.     The typical power for these devices was approximately 50–100 mW due to thermal considerations. It was not until the late 1990's that higher power LEDs, *e.g.*, 1W, were available. *See, e.g.*, Craford at 9.

47.     The light output from RGB LEDs of that era, however, was substantially lower than the light output of CCFL lamps that were then available. Even given the development that came in the years following 1995, substantial technological gains were not sufficient to enable

---

[8]     Red output is reduced to balance for approximated white light (30%R-60%G-10%B), with red accordingly driven at 80%. Blue and green outputs are at rated spec, *i.e.* at 20 mA.

LED-based light-emitting panels suitable for large format television applications. For example, three years later, F. Yamada et al., SID Digest 1998 used commercially available LEDs to construct an RGB LED backlight for a 12.1" LCD. Table I of Yamada is reproduced below with an additional calculation for luminous output using the conversion equation: $L(lm)=I(cd)*2\pi(1-\cos(\Theta))$ where $\Theta$ is the half angle for light output from the LED.

| Color | Type | Power (mW) | Half angle (deg) | Intensity (cd) | Wave-length (nm) | Calculated lumens | Efficacy (lm/W) |
|---|---|---|---|---|---|---|---|
| Blue | NLPB500 | 66 | 15 | 1 | 450 | 0.213 | 3.2 |
| Green | NLPG500 | 66 | 15 | 6 | 525 | 1.28 | 19.1 |
| Red | H3000L | 37 | 15 | 3 | 3 | 0.64 | 17.3 |
| R+G+B=W | | 0.169W | | | | 2.133 | 12.6 |

48. Since the luminous output from these RGB LEDs is in the approximate correct ratio for white light, we can estimate the white light efficacy in the Yamada 1998 embodiment to be the sum of the lumens out of all three LEDs divided by the power in i.e. (0.213 + 1.28 + 0.64)/(0.066 + 0.066 + 0.037) = 12.6 lm/W. Since each of the LED packages is approximately 5mm in diameter, the lumens/cm along an edge of a light guide is 2.13/1.5 = 1.42 lm/cm.

49. While the 1998 technology used by Yamada improves on the efficiency and brightness of the earlier 1995 LED technology, the state of the art even then remained insufficient for anyone to construct an LED-based edge-lit light-emitting panel capable of lighting television applications, versus the laptop size display in Yamada.

**B.    Application of LEDs as Edge-Lit LCD Television Backlights**

50. Unlike monochromatic displays, LED backlights for LCD televisions must be lit by white light. This requires either using a combination of red, green, and blue (RGB) LEDs, or using white LEDs. Moreover, the brightness requirements for backlights for LCD television applications are significantly higher than for smaller portable or handheld devices, especially with large format televisions. In June 1995, the best option potentially available was to use RGB

15

LEDs, as described above.  As stated above, high brightness white LEDs were made possible by the invention of high brightness blue GaN LEDs, later modified with yellow phosphor coatings. But such LED packages were not available in 1995, and not even then developed to any greater brightness or efficiency.[9]  As such, even if such white light LEDs had been available and used at the time, neither the result below nor my opinions would change.

51.     The amount of lumens required for any edge-lit display depends on several factors, including:

- **Fresnel reflections**

52.     An LED module is a mechanically and optically complex unit.  The light emitted by the LED suffers a loss from Fresnel reflection at each air/plastic or air/glass interface it encounters.  At each interface there is a small loss (*e.g.*, about 4%, resulting in 96% transmission).  The set of such attenuating interfaces includes the light guide entrance port, the top surface of the light guide, at least one of the surface of one BEF plate, both surfaces of the diffuser, the bottom surface of the first polarizer, and the top surface of the top polarizer. Therefore the net maximum transmission, just considering only Fresnel losses in this example would be 0.96^7 =0.75 or 75%.  Additionally, there are several surfaces within the LCD module that have lower refractive index mismatches that produce additional, but smaller reflective losses (for example interfaces between polarizers and optical compensation films (OCFs).

- **Efficiency of light emission into a light guide, transmission, and extraction**

53.     No backlight is 100% efficient.  First, as shown above in part, not all of the light emitted from a light source will necessarily enter the light guide.  But second and more critically,

---

[9]  *E.g.*, http://www.nichia.co.jp/en/about_nichia/history.html (dating Nichia's alleged development of white LEDs to 1996); *see also* http://www.osram.com/osram_com/news-and-knowledge/led-home/professional-knowledge/led-basics/led-history/index.jsp.

losses necessarily occur where less light leaves the emitting surface of the light guide then enters the input surface—that is, losses necessarily occur in transmission and extraction. In even relatively efficient backlights, these losses may be up to 40% or more. But, as explained below, even if a 100% optically efficient backlight were presumed available—which is impossible and would be beyond the capabilities of any person of skill in the art then or now—LED light sources did not exist in 1995 that would have been capable of powering such a backlight for television applications as addressed here.

- **Efficiency of diffusers**

54. At least one diffuser is needed to "smooth out" the point sources of light scattered or diffracted from the extraction deformities of the light guide plate. Diffusers also redirect some light more in the normal direction through the LCD.[10] Diffusers are, however, inefficient in that some light is scattered backwards and may be lost; the stronger the diffusion, the more the loss. Typical diffusers used in LCD backlights range from 66% to near 99% diffusion depending on the "strength" of the diffuser. Stronger diffusers are used near the light guide and weaker diffusers are sometimes used above the BEF sheets to smooth out the viewing angle.[11]

- **Angular distribution of light output from light guide surface**

55. Angular distribution requirements depend on the application. Smaller handheld, phone, or laptop size display products typically have a narrow distribution since the devices are designed primarily to be viewed by one user (who is typically looking directly at the device). With narrower distributions, a lesser amount of luminous output from the LEDs can be directed

---

[10] Light scattering from a diffuser is approximately isotropic, so more light will be directed towards the normal by the diffuser, although still at a wide angle.

[11] *See e.g.*, http://www.optigrafix.com/downloads/data_sheets/lightdiffuser.pdf.

to the user and will appear sufficiently bright to the user. Thus, LED backlights were feasible for such small screen, narrow viewing angle applications even in the mid-1990s.

56. Television displays, however, require wider distributions of light especially in the horizontal direction so they can be seen by multiple viewers, or from multiple angles. In addition, as noted below, wider angular distributions are less efficient in transmission through the LCD layer, thus requiring more initial light.

57. The primary method to increase peak luminance in 1995 was to include one or at most two brightness enhancement films ("BEF") made by 3M and others. BEF sheets create an increase in forward brightness at the expense of light towards the side. The optical gain for one sheet is approximately 1.4x and for two sheets is approximately 1.66X.[12] Adding further sheets does not materially improve brightness. Typically, one BEF sheet is used in LCD TVs.[13]

58. One technological advance occurring after 1995, and widely used since the late 2000's, is a 3M product called "DBEF." It is a film that recycles unused polarized light and can result in a gain in brightness of up to 1.6x, depending on the backlight design.[14] Many LCD TVs today utilize DBEF to improve brightness, reduce the number of LEDs required, and/or reduce power use. But this technology was not available to one of skill in the art in June 1995.

- **Transmission efficiency of color LCD and polarizers**

59. Color LCDs are notoriously inefficient in the transmission of light. The main losses are in: 1) polarizers, 2) color filters, and 3) aperture ratio of the active matrix array.

---

[12] 3M Optical Systems Vikuiti™ BEFII Brochure.

[13] Use of a second sheet over using just a single BEF layer further narrows the useable viewing angle of the display, which is generally not desirable in a television application. As explained above, it would, however, make the display about 20% brighter within that angle.

[14] http://multimedia.3m.com/mws/media/721798O/vikuititm-dual-brightness-enhancement-film-embossed-dbef.pdf.

o The polarizers used in LCDs must be of high quality in order to extinguish light transmission in the off state. Typically, the polarizers absorb about 60% of the light entering the LCD, leaving only about 40% transmission.

o The color filters are designed to create saturated output colors and therefore must absorb much of the input light. For example, the red filter only passes red light and absorbs green and blue light. The spectral output of the light source also determines the "strength" of the color filters used. Typical transmission efficiency for color filters is 25–30%.

o Aperture ratio (or fill factor) of an active matrix array is defined as the open portion not blocked by conductor lines or TFTs; the aperture ratio depends on the pixel density. Displays with high number of dots per inch have lower aperture ratios. For example, a typical aperture ratio for a television display would be about 60%, with 40% of the light blocked.[15]

60. Taken together, the overall transmission of light through a color LCD for a typical television application is approximately 0.4*0.3*0.6=7.2%.[16] It would be lower for higher resolution displays such as UHD TV.

---

[15] *See, e.g.*, Joseph A. Castellano, *Handbook Display Technology*, at 192 (Academic Press 1992) (59% aperture ratio); Lars A. Yoder, "The Fundamentals of Using the Micromirror Device (TMD$^{TM}$) for Projection Displays," at 9 (Oct. 20, 1995) (60% ratio maximum reported), *available at* http://ntrs.nasa.gov/archive/nasa/casi.ntrs.nasa.gov/19960054114.pdf.

[16] *See e.g.*, West et al., 43.4: High Brightness Direct LED Backlight for LCD-TV, SID Symposium Digest of Technical Papers, 34: 1262–1265, at 1264, doi: 10.1889/1.1832516 (2003) (reporting 5%); H. Cornelissen, "Polarized-light backlights for liquid crystal displays," SPIE Newsroom, DOI: 10.1117/2.1200811.1363 (Nov. 12, 2008) (reporting 2–8% range), *available at* http://spie.org/newsroom/1363-polarized-light-backlights-for-liquid-crystal-displays; J. Miñano et al., "High-efficiency LED backlight optics designed with the flow-line method," Proceedings of SPIE - The International Society for Optical Engineering, 08/2005; 5942. DOI: 10.1117/12.620238 (2005) (reporting 3–8% range), *available at* http://www.lpi-llc.com/Papers/LEDBacklight.pdf.

## C.    Comparative Analysis I

61.    A typical required lumen input for a light-emitting panel suitable for an LED edge-lit television may be 10 times or more higher than what could have been achieved by a person of skill in the art in 1995 given the LED light sources potentially available at the time.

62.    By way of comparison, 15 years later and with later technology enabling more efficient light transmission in 2010, a 46" TV[17] would require about 6000 lumens of light input to achieve 450 cd/m$^2$ screen brightness.[18]   This lumen output could be provided by later-developed 1W LED packages (5mm size, capable of approx. 72 lumen output average each), which were not available in 1995 (or for a years to come).  *See* Schwedler SID Digest 2010, at 1091–94.  In addition, this 2010 example would benefit from using more advanced LCDs than were available in 1995, which would improve the efficiency of the system overall, resulting in higher brightness.  And, as shown in this example, the 2010 product could employ more efficient brightness enhancing films, like DBEF films noted above (which were not available in 1995).  Thus, the 2010 LCD television display could be expected to be more efficient in several respects versus a similar LCD television display attempted in 1995.

63.    Using the 2010 benchmark of 450 cd/m$^2$ output for 6000 lumens input from LEDs, we can estimate the brightness that could be achieved with LEDs in an edge-lit configuration in the 1995 or even 1998 time frames using the calculated lumens per cm for the

---

[17]    *E.g.*, 101.8 cm x 57.2 cm.

[18]    *See* Schwedler, W. and Nguyen, F., 74.1: Invited Paper: LED Backlighting for LCD TVs. SID Symposium Digest of Technical Papers, 41: 1091–1096. doi: 10.1889/1.3499844 [Schwedler SID Digest 2010]., at 1091–94 (2010).

1995 LED performance and the 1998 LED performance[19] calculated above.  In the table below,

the brightness for several cases is presented.  A factor of 1.6 for DBEF is assumed.[20]

| Year | LED type | LED number | LED $lm/cm$[21] | DBEF included | LED output (lm) | Output brightness[22] ($cd/m^2$) | $cd/m^2$ per lm |
|---|---|---|---|---|---|---|---|
| 2010 | White LED | 96 | n/a | Yes | 6000 | 450 | 0.075 |
| | | 154[23] | n/a | No | 9600[24] | 450 | 0.047 |
| 1998 | RGB LED | 636 | 1.42 | Yes | 452 | 33.9 | 0.075 |
| | | 636[25] | 1.42 | No | 452 | 21.2 | 0.047 |
| 1995 | RGBG LED | 636 | 1.0 | Yes | 318 | 23.9 | 0.075 |
| | | 636[26] | 1.0 | No | 318 | 14.9 | 0.047 |

64.     In this 2010 comparison, using 6000 lumens input, after light passed through

BEF, D-BEF, diffuser, and LCD layers, a brightness output of 450 cd/m2 brightness was

achieved (typical of what is required for such television applications).[27]  *See* Schwedler SID

Digest 2010, at 1095.  In contrast, even if the all of the other 2010 advances were left in place

---

[19]   Yamada SID Digest 1998.

[20]   *See* 3M data sheet, *available at* http://multimedia.3m.com/mws/media/721798O/vikuititm-dual-brightness-enhancement-film-embossed-dbef.pdf.

[21]   Lumens per input surface is not an issue in the Schwedler model—due to the capabilities of the LEDs used in 2010, the Schwedler model is not space constrained.  But this measurement is provided for the 1995 and 1998 models because all available input edge is utilized there.

[22]   Output brightness for the 1995 and 1998 era LEDs is calculated by multiplying the lumen output by the $cd/m^2$ per lm factor in the last column.  This factor is derived from the 2010 results by Schwedler, *e.g.* 450 cd/m2/6000 lm = 0.075 $cd/m^2$/lm.

[23]   LEDs on more than one side; number of LED's estimated from Schwedler SID Digest 2010, at 1095.

[24]   Calculated value for lumens by using 3M value for DBEF benefit of 1.6, *i.e.*, L=6000*1.6.

[25]   Calculated based on total number of LED packages that could be fit to the light guide input edges, with no room remaining for more LEDs.

[26]   Calculated based on total number of LED packages that could be fit to the light guide input edges, with no room remaining for more LEDs.

[27]   Even if a lower standard were applied to set a much dimmer brightness requirement, the brightness in my first and second comparative analyses (which are all less than 50 $cd/m^2$) would be insufficient to light a television display, and my opinions here would not change.

(*e.g.*, the more modern LCDs and film stack), but 1995-era RGB LED technology were employed instead, less than 24 cd/m2 output would be achieved because the LEDs of that era provided much less light.

65.     A more relevant comparison would be without DBEF since it was not available in 1995; then the brightness is only ~15 cd/m$^2$.  Even with the better LEDs available 3 years later, the brightness, even with DBEF added, is only ~34 cd/m$^2$.  If the DBEF were replaced with an additional BEF sheet (which would constrain the viewing angle), the "no DBEF" values would only rise by 20%, which would still be unacceptable for television applications.[28]  Thus, it would not be possible to construct a light-emitting panel acceptable for television applications using 1995 or 1998 LEDs (and even if other later arising technology is used).

**D.     Comparative Analysis II**

66.     By way of a second example, assume that a person of skill in the art were to endeavor to create state-of-the art 46" color LCD television with LED edge-lit backlight in 1995 similar in dimension to the above as follows:

> *Assumptions for 46" TV*:
> - 101.8 cm x 57.2 cm active area and backlight size
> - Perimeter for LEDs ~318 cm, area ~ 0.582 m$^2$
> - LEDs on all four sides of 6mm thick acrylic light guide (to accommodate 5mm LED package with maximum light reception)
> - LED spacing 5 mm (636 LED packages maximum for all four sides)
> - LED lumens per cm of length: 1.0 lm/cm (5mm package size)

67.     To calculate the output brightness, we need to estimate the efficiency of each major component and also covert the lumens to surface brightness.  The table below lists typical values for display technology in the 1995 time frame, but also offers as an alternative a

---

[28]   Two BEF sheets result in an improvement factor of 1.66, with one BEF sheet resulting in a factor of 1.4.  Therefore, one additional BEF sheet yields 1/66/1.4=1.18 or about a 20% increase in output brightness, although it will narrow the viewing angle of the display.

conservative best likely transmission value expected for the color LCDs with use of a second BEF. The table below also includes a theoretical "perfect" 100% maximum value for light transference and extraction efficiency into and out of the light guide and diffuser layer. In reality, achieving such perfect efficiency in the backlight unit is impossible, and beyond anyone's skill in 1995 or now, regardless of the amount of experimentation employed.[29]

| Item | Typical value | Assumed/Theoretical "Perfect" Value |
|---|---|---|
| LED to light guide | 85% | 100% |
| Light guide efficiency | 75% | 100% |
| Diffuser sheets | 85% | 100% |
| BEF sheet(s) | 140% (1 BEF) | 166% (2 BEF) |
| LCD | 7.2% | 7.2% |
| Overall efficiency[30] | 5.5% | 12% |

68.     The conversion of lumens to $cd/m^2$ requires knowledge of the area and the solid angle (measured in steradians) into which the light is emitted from the light guide plate, *i.e.* 1 $cd/m^2$ = 1 $lumen/m^2/steradian$. If the output from the light guide surface were "Lambertian," *i.e.* a surface that emits light equally in all angles, then the brightness will be simply $F(lm)/A(m^2)/\pi$ $(cd/m^2)$. In general, if the light is emitted into a cone with half angle ø, then the brightness will be $(F/A)/(\pi * sin^2(ø))$. For example if the emitted light from the light guide were within a ±45° cone, then B = $(F/A)/(\pi/2)$, which would be twice as bright as the Lambertian case.

69.     The light that scatters off extraction elements on the light guide and then passes through a diffuser is somewhere between these two cases. In the calculation to follow, I will assume a typical value of ±60° and a maximum value of ±45° due to out-scattering from the light

---

[29]   These "perfect" values are provided here as an ultra-conservative assumption to illustrate that, no matter how perfected the reflective and refractive elements of the backlight are, a person of even extraordinary skill in the art in 1995 still could not have created an LED-lit light-emitting panel assembly capable of powering the LED-lit television applications discussed here due to the limitations of the state of the art of LCD technology at the time.

[30]   Values reported on this line are rounded up versus limited to the most significant digits.

guide.[31]  As illustrated below from Horibe SID Digest 1998, the luminance profile for a backlight shown on the left is curve (a) on the right.  It shows an approximate ±60° spread in the direction away from the light source (*i.e.*, before reaching a BEF sheet).  The spread in the direction parallel to the light source is not shown, but it would be similar as the angular spread of light in the light guide is similar in both directions.





Fig. 2   Luminance profile radiated from backlights without prism film.
(a) Conventional light pipe +Diffusing film
(b) HSOT light pipe

70.     Using the numbers above, the brightness of a 46" television with RGB LEDs from the 1995 time frame can be estimated.  The results are shown in the table below for the typical case and theoretical maximum case.

| | Typical | Theoretical maximum |
|---|---|---|
| Input lumens (LEDs on 4 sides) | 318 | 318 |
| Lumens/m$^2$ after light guide and diffuser | .85*.75*.85*318lm/0.582m$^2$=296 lm/m$^2$ | 1*1*1*318lm/0.582m$^2$=546 lm/m$^2$ |
| Brightness after diffuser | 296/( π * sin$^2$(60))=126 cd/m$^2$ | 546/( π * sin$^2$(45))=348 cd/m$^2$ |
| Brightness after BEF(s) | 126*1.4=176 cd/m$^2$ | 348*1.66=578 cd/m$^2$ |
| Screen brightness after LCD | 176*.072=12.7 cd/m$^2$ | 578*.072=41.6 cd/m$^2$ |

---

[31]   A. Horibe, et al., High Efficiency and High Visual Quality LCD Backlighting System. SID Symposium Digest of Technical Papers, 29: 153–156. doi: 10.1889/1.1833716 (1998).

71. This is an order of magnitude below the brightness level required for television applications, making the backlight unusable for such applications, even for the "theoretical maximum" case, which is unreachable in practice. And no person in 1995—even one of exceptional and extraordinary skill in the art employing extreme and unreasonable experimentation—could build a display according to the theoretical capabilities listed in the right column above. Even that theoretical maximum would have substantially less brightness than it would need to function as an LED edge-lit backlight for, *e.g.*, a 16:9 or even a 4:3 television display in the above example. As shown above, a person of ordinary skill in the art at the time, using 1995 technology, would achieve even substantially lower results more removed from the brightness required for a television application. Either way, a resulting "display" would not be functional as a television.

**E.      Summary of Conclusions**

72. In sum, the transition to LED backlights was limited by the efficiency of the LEDs available at the time (and certainly as of 1995). Large light-intensive devices like LCD televisions require significantly higher light input and brightness overall than PC monitors, small display screens, or hand-held devices like those illustrated in the asserted patents.

73. On their face, the '974 and '370 patents each describe and discuss embodiments covering light-emitting panels for smaller or handheld size edge-lit displays. *See, e.g.*, '974 and '370 patents at Figs. 1–3, 6–7, 9–15. Neither patent, however, mentions televisions (or any other similar larger format edge-lit display), much less enables or describes the application of the subject matter of the asserted patents to any large LED edge-lit flat-panel LCD television devices (*e.g.*, 32 inch, 33–39 inch, 40-45 inch, 46–49 inch, 50–54 inch, 55 inch and above classes of LCD 16:9, or even 4:3 ratio, televisions). Yet, I am informed that Plaintiffs assert that the light-

25

emitting panel assemblies in such LED edge-lit televisions literally infringe the asserted '974 and '370 patent claims. Given the broad language of the claims, LED edge-lit televisions are not excluded from their scope.

74. But a person of skill in the art in 1995 would not have been able to construct larger LED-based light-emitting panels that are capable of working in such LCD televisions, even if armed with the state-of-the-art knowledge known in the field, even if armed with the patent disclosures, and even if substantial and unreasonable experimentation were involved. Such edge-lit LCD television displays simply require more efficient, higher power (*i.e.*, brighter) LED sources than were available or described in June 1995. The LEDs of that era did not produce nearly enough light for that application.

75. Moreover, a person of skill in the art could not include enough 1995-era LED light sources in a light-emitting panel assembly to provide the requisite light to enable this class of applications because of linear edge length availability. Even if that were not the case, doing so (given LED efficiency and brightness at the time) would raise exceptional heat and energy management problems, as well as raise unreasonable cost problems. Neither asserted patent, however, discusses, describes, or enables how to solve such problems.

76. Nor would a person of ordinary skill in the art be able to solve such barriers with only reasonable experimentation. Notably, I know of no record of anyone in the field ever having attempted to build, for example, a large format edge-lit LED LCD television during this time period, or having to solve the thermal, spatial, or cost barriers at issue given that the necessary LED technology did not yet exist. As stated below, given that it took more than a decade for the industry working as a whole to actually solve these problems, the quantity of

experimentation necessary would be at best exceptional, and conducted without any guidance, direction, or working example provided in the patent, and without any precedent in the field.

77. Given the above, the state of the art at the time, and the absence of any mention of television applications in the patent, a person of skill reading the patent disclosures would not have thought that the named inventor, Jeffrey Parker, was in possession of or contemplated inventions covering light-emitting panel assemblies to be used in LED edge-lit LCD televisions.

78. The fact that large edge-lit LED flat-panel LCD televisions were not enabled (or described by Mr. Parker) in 1995 is further evidenced by the fact that such classes of products were not commercially produced until over a decade later. It is well known that the consumer electronics industry is exceptionally competitive, pushing participants in the industry to aggressively pursue innovation. But, in light of the technical barriers described above, the commercial use of LEDs for large LCD television backlights started only after 2000, and even then the LED light sources used were for direct backlit designs.[32] Large LED edge-lit LCD televisions did not become available until even later.[33] No doubt, if large LED-based edge-lit LCD television backlights had been enabled, described, or achievable in 1995 (including by Mr. Parker's patent applications), it would not have taken a dozen years to bring them to the market.

**F. The '974 and '370 Patents Fail to Enable a Person of Ordinary Skill in June 1995 to Practice the Full Scope of the Claimed Inventions[34]**

79. I have reviewed asserted claims 1, 3–5, and 7–8 of the '974 patent, and the corresponding specification. These claims expressly require that the light-emitting panel claimed

---

[32] *See, e.g.*, http://gizmodo.com/019964/sony-qualia-005-tv.

[33] *See, e.g.*, http://www.cnet.com/products/sony-klv-40zx1m-40-lcd-tv/; http://www.pcmag.com/encyclopedia/term/59952/led-tv.

[34] I considered the Court's claim construction ruling and order in this matter. In reviewing the claims as stated here, I have considered and used the Court's construction where expressed, and where not, evaluated the claims and terms in light of their plain and ordinary meaning.

use LED light sources. These claims are broadly worded and not limited by device size, application type, or brightness needs. Light-emitting panels for LCD edge-lit television applications are not excluded from the scope of these claims, which purport to cover light-emitting panels universally, regardless of application (presuming the other claim limits are met).

80. I have also reviewed asserted claims 1, 4, 8, 13, 29, and 47 of the '370 patent, and the corresponding specification. These claims are not limited to LED light sources, but allow for use of either CCFL or LED lights. These claims are also broadly worded and not limited by device size, application type, or brightness needs. In particular, light-emitting panels for edge-lit television applications are not limited to those that use, for example, known CCFL lights, but include those using LED in the scope of these claims (presuming the other claim limits are met).

81. For the reasons stated in my analysis above (which I incorporate herein), neither patent discloses a process for making larger LED edge-lit light-emitting panels such as those suitable for LCD television displays (*e.g.*, larger format 16:9 or even 4:3 format displays), which was also not known at the time. Thus, although these claims may be enabled for smaller LED devices such as handheld devices, or computer or laptop displays, persons of skill in the art at the time would not be enabled to utilize these claims to make larger LED-lit panels suitable for larger television devices, which is a substantial portion of the purported scope of the claims.

82. In addition, with respect to the '370 patent, while a person of ordinary skill in the art might be enabled to practice its claims for LCD television devices where the light source limitation is satisfied by a CCFL bulb, they would not be enabled to practice the scope of the claims covering use of LED bulbs for the same application, given the state of the art of LED technology. But, the '370 patent is not limited to the use of CCFL bulbs in larger devices.

83.    As stated above, no quantity of experimentation could reasonably remedy these problems—the ability to utilize these patents for larger or brighter LED-based light-emitting panels was limited by the state of the art of LEDs at the time, problems that took years of consolidated industry research and development (led by Nobel Prize winning scientists) to solve. A person of ordinary skill in the art at the time could not have overcome these problems in 1995 by merely creating new high-brightness LED devices to enable using these patents for larger LED-lit displays.  The fact that it took the industry as a whole a decade or more to do so and commercialize such panels evidences that it would be beyond the grasp of one of ordinary skill to do so in 1995 without undue and non-routine (and exceptionally protracted and costly) experimentation.  It would require an effort that would literally take years…many years.

84.    Such effort, even if undertaken, would be hobbled by the fact that these patents offer no guidance or working examples concerning television applications or other large white-light based display devices.  In fact, neither patent mentions televisions at all.  As such, the purported inventor provides no guidance or assistance in addressing the challenges inherent in applying the claimed subject matter to larger LED-lit LCD televisions.  Nor, as stated above, were solutions to these problems known in the art at the time.

85.    The asserted patents purport to disclose design improvements for light-emitting panel assemblies, but those purported improvements (as shown above) still fail to address the challenges inherent in 1995 in designing light-emitting panels for larger applications when LED light sources are used.  Even if the claimed assembly is presumed to achieve perfect optics, the light sources disclosed in the patents and known in the prior art were simply insufficient to enable the larger class of assemblies suitable for television applications.  Despite the relatively

high level of ordinary skill in the art as described above, solutions were not known in the art in 1995 to overcome the technical problems described above (and on which that patents are silent).

86. Moreover, the nature and later-in-time solutions to the problems discussed above were unpredictable. The development of GaN-based blue LEDs by Nakamura (for which he won the Nobel Prize) was unexpected. GaN-based blue LEDs were not initially seen as promising. Nakamura's employer, Nichia, reportedly pressured Nakamura to end his research for this reason. *See, e.g.*, http://www.eetimes.com/document.asp?doc_id=1143754. This illustrates how one skilled in the art could not readily anticipate the effect of a change within the field, or extrapolate from disclosed or known results the solutions needed to practice these claims with LCD television applications. And, as shown above, it took years even after 1995 to develop suitable LEDs so as to make possible the scope of the asserted claims as applied to LCD televisions. There was no expectation in 1995 that the solutions to the above problems—still years coming—could come from predictable experimentation.

87. Despite this, the patentee broadly claimed having invented subject matter that was not limited to CCFL-based panels, or limited to smaller sized panels. Rather, the subject matter claimed includes light-emitting panels driven by LEDs, of any size, and for any application. But the patentee included only at most generic and passing reference to the use of LEDs in their application as support. In sum total, related to LEDs, the patents' specifications disclose:

- '974 and '370 patents at 4:16–30—suggesting in passing that "the light sources … also may be … a light emitting diode (LED)," including "a multiple colored LED" without identifying, disclosing, or teaching any LEDs suitable to enable a person of ordinary skill in the art to apply the subject matter of the claims to LCD televisions. As stated above, no such LEDs existed at the time.

- '974 and '370 patents at 7:11–21—disclosing use of "three colored LEDs (red, blue, green) in each transition mixing area" for a small display device (Fig. 7), without identifying, disclosing, or teaching LEDs suitable for larger devices.

30

No more detailed disclosure is provided to guide or enable the scope of the claims extending to LED-based devices such as televisions. Given the state of the art, this is simply insufficient and fails to provide the means for making larger format LED edge-lit light-emitting panels for such applications according to the asserted claims. Thus, these patent specifications do not enable one of skill in the art to practice the full scope of these claims.

**G. The '974 and '370 Patents Fail to Describe to a Person Ordinary Skill in June 1995 the Full Scope of the Claimed Inventions**

88. I incorporate my analysis above as part of my views concerning written description. As stated above, nowhere do the asserted patents mention TV or television applications—those words do not appear in the patents. Nor do the patents otherwise describe the application of the purported inventions to similar larger scale displays. Instead, on their face, the patents (which appear to share a specification) disclose embodiments and applications for smaller device types. *See, e,g.*, '974 and '370 patents at 7:11–21 and Fig. 7. To the extent the asserted claims are construed to cover, for example, light-emitting assemblies for LCD televisions as discussed above (which are not excluded from the language of the broadly worded claims), the patents would not be understood by a person of ordinary skill in the art in 1995 as disclosing in their specifications that scope as part of the purported inventions.

89. In light of the state of the art—where the ability to use large LED edge-lit light-emitting panels in LCD televisions had not been resolved—one of ordinary skill in the art would not read these specifications as disclosing novel designs for LED-lit televisions, versus as disclosing designs for smaller devices (which is what the specifications illustrate and discuss).

90. As such, a person of ordinary skill in the art, reading these specifications in June 1995, would not have reasonably recognized them as describing the full scope of the purported inventions as finally claimed. Nor would they recognize or think that Mr. Parker actually

31

possessed that full scope at the time. Reading these specifications, it is overwhelmingly more likely that Mr. Parker had in mind subject matter covering smaller displays (which is what the specifications discuss and illustrate) rather than light-emitting panel designs for LCD televisions (which are nowhere mentioned in the patents). The specifications (or their corresponding applications) provide no indication that Mr. Parker had in mind that his alleged inventions captured large format panel designs for LED-lit televisions.

91. Nor is there a disclosed basis for a person of skill in the art to think that Mr. Parker had in fact invented light-emitting panel assemblies suitable for such televisions. Given the state of the art at the time, which did not enable such devices, and given only passing mention of LEDs in the patent (even then limited to embodiments of small devices), one would think that, to the extent Mr. Parker had LEDs in mind, it would be limited to use in smaller devices, like that pictured in Fig. 7 of the patents and discussed at 7:11–21. One would not think that Mr. Parker himself believed he invented a means for backlighting LCD TVs.

92. In sum, means for making larger LED-based light-emitting panels for LCD televisions had not been disclosed in the art in 1995 or mentioned in these patents. Given the nature of the field and facts above, a person of skill in the art would not understand Mr. Parker to have invented such panels or to have been in possession of them as part of his purported invention when his patent application was filed. At most, Mr. Parker may have had a mere wish or plan that his purported ideas might someday cover broader applications than first envisioned. But, even had that been the case, it would be expected that Mr. Parker would at least note that in his patent application, which he did not. A person of skill in the art would thus find that the full scope of the '974 and '370 asserted patent claims are not sufficiently described.

Under penalty of perjury, I, Richard A. Flasck, declare that foregoing statements are true

and correct.

May 18, 2016

Richard A. Flasck

# APPENDIX A

# Curriculum Vitae of Richard A. Flasck

My forty-five  year career has involved high tech product development, intellectual property (IP) issues, projection displays, lens and optical system design, thin film optical filters, non-imaging optics, LCD flat panel displays and modules, backlighting of flat panel displays, light emitting diode (LED) product development, injection molding, chip-on-board development, and High Definition Television (HDTV) systems.

I am an inventor on twenty-six patents (both US and foreign), including one US design patent.  I have concluded several licensing agreements, demonstrating both technical innovation and expertise in Intellectual Property (IP) issues.  Additionally, on several occasions I have testified before the US International Trade Commission and in US District Court as an expert witness on display technology.

I am also an author of twenty-four (24) published papers and conference presentations.

## Education
- 1970    BS – Physics    University of Michigan (Ann Arbor, MI)
- 1976    MS – Physics    Oakland University (Rochester, MI)


## Employment

- 1989 – Present
  - Organization: RAF Electronics Corp.
  - Position:  Founder and CEO
    - Developed, patented, and licensed Liquid Crystal on Silicon (LCOS) microdisplay technology.  Engaged in development and patent prosecution of proprietary LED based Solid State Lighting  (SSL) products.  Etendue limited optics, non-imaging and hybrid optics, thermal management, layout and electronic drive of LED arrays.  Expertise in semiconductor IC's, Active Matrix Liquid Crystals Displays (AMLCD),  thin films, optics, and video electronics.  Optics and electronics manufacturing,  technical consulting and independent testifying expert witness work in numerous patent lawsuits.

- 2002-2007
  - Organization: Diablo Optics, Inc.
  - Position:  Co-founder and COO
    - Development, production and commercialization of key optical components for HDTV projectors.  Polarization optics, condenser lenses, projection lenses, ultra-high performance optical thin film stacks.  Established, and managed international supply chain.  Developed domestic and international customers.

- 1997 – 1999
  - Organization:  Alien Technology Corporation
  - Position:  President and COO
    - Responsible for successful MEM fluidic self-assembly (FSA) technology implementation and completion of a DARPA contract.  Managed company growth from a four-person start-up to a VC funded twenty person operation.  Cleanroom, photolith, thin film deposition (back-end) semiconductor processing.

- 1982-1989
  - Organization:  Alphasil, Inc.
  - Position: Founder and CEO
    - Pioneered amorphous silicon thin film transistor (TFT) active matrix  Liquid Crystal Displays (AMLCD).  World's first amorphous silicon TFT LCD pilot line in 1986.  TFT process and circuit design, data driver and gate driver design, scalers, video circuits, backlighting, and inverter design.

- 1970 – 1982
  - Organization:  Energy Conversion Devices, Inc.
  - Position:  Scientist, Manager
    - Originated, managed, developed, and licensed several high tech products including thin film photovoltaics, ablative imaging films, EEPROMs, multi-chip modules, and superconducting materials.

**Professional Affiliations**
- Member - SPIE, OSA, SID, IEEE, AES
- Co-Chairman – SPIE/ IS&T Symposium on Electronic Imaging (1991 and 1992)
- Current Board Member - RAF Electronics Corp.
- Former Board Member - Alphasil, Inc., Somanetics Corporation, Diablo Optics, Inc.

## Testifying Expert Witness Experience in Patent Litigation

Date        2006 - 2007
Law Firm     Bingham McCutchen LLP
Client       Defendant - Seoul Semiconductor Company, Inc.
Case        Nichia Corporation v. Seoul Semiconductor
              3:06-cv-0162  United States District Court, Northern District of California
Services     Expert witness, reports, trial testimony

Date        2007-2008
Law Firm     Orrick, Herrington & Sutcliffe LLP
Client       Respondent - Acer Incorporated and Acer America Corporation
Case        Hewlett Packard v. Acer Incorporated et al.
              U. S. International Trade Commission Investigation No. 337-TA-606
Services     Expert witness, reports, ITC hearing testimony

Date        2008
Law Firm     Fish & Richardson P.C.
Client       Complainant - Samsung
Case        Samsung v Sharp
              U. S. International Trade Commission Investigation No. 337-TA-631
Services     Expert witness, ITC hearing testimony

Date        2008 - 2009
Law Firm     Fish & Richardson P.C.
Client       Respondent - Samsung
Case        Sharp v Samsung
              U. S. International Trade Commission Investigation No. 337-TA-634
Services     Expert witness, reports, ITC hearing testimony

Date        2008 - 2009
Law Firm     Howrey LLP
Client       Complainant - O2Micro
Case        O2Micro v Monolithic Power Systems, MicroSemi
              U. S. International Trade Commission Investigation No. 337-TA-666
Services     Expert witness, reports, ITC hearing testimony

Date        2014
Law Firm     Kenyon & Kenyon
Client       Petitioner:  Sony
Case        IPR:  No. IPR2014-0168     Patent: USP 7,612,843
Services     Declaration supporting IPR and litigation prep

Date        2014 - 2015
Law Firm     Prebeg, Faucett & Abbott PLLC
Client       Plaintiff  - Masakazu Ushijima
Case        Ushijima v. Samsung
              1:12-cv-00318-LY  United States District Court, Western District of Texas
Services     Expert witness, reports, trial testimony

Date           2015
Law Firm       Lerner, David, Littenberg, Krumholz & Mentlik, LLP
Client         Petitioner:  Sony Corporation
Case           Delaware Display Group LLC and Innovative Display Technologies LLC v Sony Corp. et
               al.,  Case No. 1:13-cv-02111-UNA (D. Del.).
Services       Multiple expert declarations supporting IPR and litigation prep

Date           2015
Law Firm       Marc Labgold PC
Client         IPR petitioner: Funai Corporation
Case           MiiC v Funai Case No. to be assigned.
Services       Expert Declaration and deposition

Date           2015
Law Firm       Sidley Austin LLP
Client         Defendant Exar Corporation
Case           Phenix, LLC v Exar et al.  Case No. 6:15-CV-00436-JRG-KNM.
Services       Expert Declaration and deposition

Date           2016
Law Firm       Kellogg, Huber, Hansen, Todd, Evans & Figel, P.L.L.C.
Client         Defendant Funai Corporation
Case           MiiC v Funai.  C.A. No. 14-804-RGA.
Services       Expert Declaration

## Patents & Patent Applications

| Patent | Date | Description |
|---|---|---|
| 9,328,898 | 5/3/16 | High Efficiency Hybrid Illumination System |
| 6,266,037 | 7/24/01 | Wafer Based Active Matrix |
| 700353/1991 | 8/19/99 | Wafer Based Active Matrix |
| 0438565B1 | 6/4/97 | Wafer Based Active Matrix |
| 5,123,847 | 6/23/92 | Method of Manufacturing Flat Panel Back Planes, Display Transistors |
| 5,108,172 | 4/28/92 | An Improved Active Matrix Reflective Image Plane Module and Projection System |
| UM-68958 | 2/21/92 | Wafer Based Active Matrix |
| 5,024,524 | 6/18/91 | Reflective Image Plane Module |
| UM-67108 | 12/14/91 | An Active Matrix Reflective Projection Apparatus |
| D320,403 | 10/1/91 | Liquid Crystal Screen for Overhead Projector |
| 5,022,750 | 6/11/91 | An Active Matrix Reflective Projection System |
| 4,842,378 | 6/27/89 | Method of illuminating Flat Panel Displays to Provide CRT Appearing Displays |
| 4,820,222 | 4/11/89 | Method of manufacturing Flat Panel Backplanes Including Improved Testing and Yields Thereof and Displays Made Thereby |
| 4,736,229 | 4/5/88 | Method of Manufacturing Flat Panel Backplanes, Display Transistors and Displays Made Thereby |
| 4,651,185 | 3/17/87 | Method of Manufacturing Thin Film Transistors and Transistors Made Thereby |
| 4,599,705 | 7/8/86 | Programmable Cell for Use in Programmable Electronic Arrays |
| 4,545,112 | 10/8/85 | Method of Manufacturing Thin Film Transistors and |

| | | Transistors Made Thereby |
|---|---|---|
| 4,499,557 | 2/12/85 | Programmable Cell for Use in Programmable Electronic Arrays: Doped Amorphous Silicon Alloy |
| 4,458,297 | 7/3/84 | Universal Interconnect Substrate |
| 4,339,255 | 7/13/82 | Method and Apparatus for Making Modified Amorphous Glass Materials |
| 4,332,466 | 6/1/82 | Apparatus for Producing Microform Records at High Speed from Computer or Other Electronic Data Signal Sources |
| FR2489843A1 | 3/12/82 | Apparatus and Method for Producing Amorphous Modified Glass |
| GB2083455A | 9/7/81 | Spinning Ribbons of Metallic, Dielectric, and Semiconductor Modified Amorphous Glass Materials |
| 4,170,728 | 10/9/79 | Heat Applying Microfilm Recording Apparatus |
| 3,983,076 | 9/28/76 | N-Type Amorphous Semiconductor Materials: Chalcogenides |
| DE2429507 | 1/23/75 | N Conductivity Amorphous Semiconductor Material |

**Papers and Conference Presentations**

1.  Richard Flasck, "Ultra High Efficiency Beam Forming Solid State Lighting Luminaires", SAIC Non-Imaging Optics Workshop, La Jolla, CA,  August 24, 2013

2.  Richard Flasck, "Ultra High Efficiency Beam Forming Solid State Lighting Luminaires", Society for Information Display Conference, Boston, June 7, 2012.

3.  R. Flasck, " Design, Production, and Application of High Performance Dichroic Coatings   - One Step Beyond the Cutting Edge – ", presented at the SAIC Non-Imaging Optics Workshop, La Jolla, CA,  August 25, 2007

4.  R. Flasck, "The Critical Role of Optical Interference Coatings in High Brightness – Etendue Limited Systems Such as HDTV Projectors", at The 2007 Optical Interference Coatings Topical Meeting and Tabletop Exhibit, Optical Society of America, June 7, 2007.

5.  R. Flasck, "X-Cubes – Revisited for LCOS", Bay Area Society for Information Display Meeting, October 24, 2002

6. R. Flasck, "The Care and Feeding of Single Crystal Silicon Light Valve Design,"  Society for Information Display FPD Strategic and Technical Symposium,  September 9-10, 1998.

7.  R. Flasck, "The Care and Feeding of Single Crystal Silicon Light Valve Design, " Stanford Resources 1998 Display Conference

8.  R. Flasck, and E. Rawson, "High Optical Efficiency PDLC/CMOS Projection Systems," IC Expo/WESCON 1996

9.  R. Flasck, "Current and Near Term Applications of Flat Panel Display Devices," Applications of Electronic Imaging; John Urbach, Editor; Proceedings of SPIE, Vol 1082 (1989). – Invited Critical Review Paper

10.  R. Flasck, "U.S. Display Suppliers and Developers:  Comments on Developments and Manufacturing," Flat Panel Displays 1988 Conference and Exhibition; Stanford Resources, Inc. (1988). – Invited Presentation and Expert Panel Member

11.  S. Ladderman, A. Bienenstock, R. Flasck, and F. Betts, "Structural Studies of Sputtered Ni-As-O Films," Journal of Non-Crystalline Solids, Vol 70, Num 3, 409-427 (1985).

12.  R. Flasck, and S. Holmberg, "Amorphous Silicon Thin Film Transistor (TFT) Driven Liquid Crystal Displays (LCD)," Advances in Display Technology V, Elliott Schlam, Editor, Proceedings of SPIE, Vol 526, 94-98 (1985).

13.  S. Ovshinski, K. Sapru, and R. Flasck, "Modification of $SiO_2$," Bulletin of the American Physical Society, Vol 23, Num 3, 461 (1978).

14.  R. Flasck, M. Izu, K. Sapru, T. Anderson, S. Ovshinski, and H. Fritzsche, "Optical and Electronic Properties of Modified Amorphous Materials," Proceedings of the Seventh International Conference on Amorphous and Liquid Semiconductors, University of Edinburgh, Scotland, 527-528 (1977).

15.  S. Ovshinski, R. Flasck, M. Shaw, and K. Dec, "An Experimental Study of Threshold Switching in Some Binary Chalcogenide Based Glass Films," Tr. 6-iMezhdunar.Konf.po Amorfin. I Zhidk, Poluprovodn, (1975). Struktura I Svoistva Nekristal. Poluprovodn., 190-194 (1976).

16.  M. Tenhover, P. Boolchand, and R. Flasck, "Mossbauer Effect Studies in Amorphous $As_xTe_{1-x}$ Binary, "Bulletin of the American Physical Society, <u>Vol 21</u>, Num1, 20 (1976).

17.  P. Boolchand, M. Tenhover, and R. Flasck, "Te-125 Mossbauer Effect in Amorphous $As_xTe_{1-x}$," Bulletin of the American Physical Society, <u>Vol 21</u>, Num 3, 460 (1976).

18. M. Tenhover, P. Boolchand, and R. Flasck, "Amorphous to Crystalline Transition in $As_xTe_{1-x}$ System," Bulletin of the American Physical Society, <u>Vol 21</u>, Num7, 928 (1976).

19.  H. Rockstad, R. Flasck, and J. P. deNeufville, Bulletin of the American Physical Society, <u>Vol 18</u>, 454 (1973).

20.  H. Rockstad, and R. Flasck, "Photo –thermopower in Amorphous Chalcogenide Films," <u>Proceedings of the Fifth International Conference on Amorphous and Liquid Semiconductors</u>, Garmisch-Partenkirchen, Germany, 1311-1315 (1973).

21.  R. Flasck, and H. Rockstad, "The Thermal Conductivity of Some Chalcogenide Glasses," Journal of Non-Crystalline Solids, <u>Vol 12</u>, 353-356 (1973).

22.  H. Rockstad, and R. Flasck, Bulletin of the American Physical Society, <u>Vol 17</u>, 116 (1972).

23.  H. Rockstad, R. Flasck, and S. Iwasa, "Seebeck Coefficient in Amorphous Chalcogenide Films," Journal of Non-Crystalline Solids, <u>Vol 8-10</u>, 326-333 (1972).

24.  D. Meyer, and R. Flasck, "New Configuration for a Dipole Magnet for Use in High Energy Physics Applications," Nuclear Instrumentation and Methods, <u>Vol 80</u>, Num 2, 339-341 (1970).

# EXHIBIT A1

# Candela-class high-brightness InGaN/AlGaN double-heterostructure blue-light-emitting diodes

Shuji Nakamura, Takashi Mukai, and Masayuki Senoh
*Department of Research and Development, Nichia Chemical Industries, Ltd., 491 Oka, Kaminaka, Anan, Tokushima 774, Japan*

(Received 2 December 1993; accepted for publication 5 January 1994)

Candela-class high-brightness InGaN/AlGaN double-heterostructure (DH) blue-light-emitting diodes (LEDs) with the luminous intensity over 1 cd were fabricated. As an active layer, a Zn-doped InGaN layer was used for the DH LEDs. The typical output power was 1500 $\mu$W and the external quantum efficiency was as high as 2.7% at a forward current of 20 mA at room temperature. The peak wavelength and the full width at half-maximum of the electroluminescence were 450 and 70 nm, respectively. This value of luminous intensity was the highest ever reported for blue LEDs.

Recently, there has been much progress in wide-band-gap II-VI compound semiconductor research, in which the first blue-green[1] and blue injection laser diodes (LDs)[2] as well as high-efficiency blue-light-emitting diodes (LEDs)[3] have been demonstrated. For the application to blue light-emitting devices, there are promising materials, such as wide-band-gap nitride semiconductors, which have great physical hardness, extremely large heterojunction offsets, high thermal conductivity, and high melting temperature.[4] In this area, there has recently been great progress in the crystal quality, $p$-type control, and growth method of GaN films.[5,6] For practical applications to short-wavelength optical devices, such as LDs, a double heterostructure is indispensable for III-V nitrides. The ternary III-V semiconductor compound, InGaN, is one candidate as the active layer for the blue emission because its band gap varies from 1.95 to 3.40 eV, depending on the indium mole fraction. Up to now, not much research has been performed on InGaN growth.[7–9] Recently, relatively high-quality InGaN films were obtained by Yoshimoto et al.,[9] at a high growth temperature (800 °C) and a high indium source flow rate ratio. The present authors discovered that the crystal quality of InGaN films grown on GaN films was greatly improved in comparison with that on a sapphire substrate, and the band-edge (BE) emission of InGaN became much stronger in photoluminescence (PL) measurements.[10] Thus, the first successful InGaN/GaN DH blue LEDs were fabricated using the above-mentioned InGaN films.[11] On the other hand, Zn doping into GaN has been intensively investigated to obtain blue emission centers for the application to blue LEDs by many researchers because strong blue emissions have been obtained by Zn doping into GaN.[12–15] However, there are no reports on Zn doping into InGaN. In this letter, the InGaN/AlGaN DH blue LED which has a Zn-doped InGaN layer as an active layer is described for the first time.

InGaN films were grown by the two-flow metalorganic chemical vapor deposition (MOCVD) method. Details of the two-flow MOCVD are described in other articles.[16,17] The growth was conducted at atmospheric pressure. Sapphire with (0001) orientation (*C* face), two inches in diameter, was used as a substrate. Trimethylgallium (TMG), trimethylaluminum (TMA), trimethylindium (TMI), monosilane (SiH$_4$),

bis-cyclopentadienyl magnesium (Cp$_2$Mg), diethylzinc (DEZ), and ammonia (NH$_3$) were used as Ga, Al, In, Si, Mg, Zn, and N sources, respectively. First, the substrate was heated to 1050 °C in a stream of hydrogen. Then, the substrate temperature was lowered to 510 °C to grow the GaN buffer layer. The thickness of the GaN buffer layer was about 300 Å. Next, the substrate temperature was elevated to 1020 °C to grow GaN films. During the deposition, the flow rates of NH$_3$, TMG, and SiH$_4$ (10 ppm SiH$_4$ in H$_2$) in the main flow were maintained at 4.0 $\ell$/min, 30 $\mu$mol/min, and 4 nmol/min, respectively. The flow rates of H$_2$ and N$_2$ in the subflow were both maintained at 10 $\ell$/min. The Si-doped GaN films were grown for 60 min. The thickness of the Si-doped GaN film was approximately 4 $\mu$m. After GaN growth, a Si-doped Al$_{0.15}$Ga$_{0.85}$N layer was grown to the thickness of 0.15 $\mu$m by flowing TMA and TMG. After Si-doped Al$_{0.15}$Ga$_{0.85}$N growth, the temperature was decreased to 800 °C, and the Zn-doped In$_{0.06}$Ga$_{0.94}$N layer was grown for 15 min. During the In$_{0.06}$Ga$_{0.94}$N deposition, the flow rates of TMI, TEG, and NH$_3$ in the main flow were maintained at 17 $\mu$m/min, 1.0 $\mu$mol/min, and 4.0 $\ell$/min, respectively. The Zn-doped InGaN films were grown by introducing DEZ at the flow rate of 10 nmol/min. The thickness of the Zn-doped InGaN layer was about 500 Å. After the Zn-doped InGaN growth, the temperature was increased to 1020 °C to grow Mg-doped $p$-type Al$_{0.15}$Ga$_{0.85}$N and GaN layers by introducing TMA, TMG, and Cp$_2$Mg gases. The thicknesses of the Mg-doped $p$-type Al$_{0.15}$Ga$_{0.85}$N and GaN layers were 0.15 and 0.5 $\mu$m, respectively. A $p$-type GaN layer was grown as the contact layer of a $p$-type electrode in order to improve Ohmic contact. After the growth, N$_2$ ambient thermal annealing was performed to obtain a highly $p$-type GaN layer at a temperature of 700 °C.[18] With this thermal annealing technique, the entire area of the as-grown $p$-type GaN layer uniformly becomes a highly $p$-type GaN layer.[18] Fabrication of LED chips was accomplished as follows. The surface of the $p$-type GaN layer was partially etched until the $n$-type GaN layer was exposed. Next, a Ni/Au contact was evaporated onto the $p$-type GaN layer and a Ti/Al contact onto the $n$-type GaN layer. The wafer was cut into a rectangular shape. These chips were set on the lead frame, and were then molded. The characteristics of LEDs

Downloaded 29 Nov 2007 to 132.178.126.155. Redistribution subject to AIP license or copyright; see http://apl.aip.org/apl/copyright.jsp



FIG. 1. The structure of the InGaN/AlGaN double-heterostructure blue LED.



FIG. 3. The output power of the InGaN/AlGaN double-heterostructure blue LED as a function of the forward current.

were measured under dc-biased conditions at room temperature. Figure 1 shows the structure of the InGaN/AlGaN DH LEDs.

Figure 2 shows the electroluminescence (EL) spectra of the InGaN/AlGaN DH LEDs at forward currents of 10, 20, 30, and 40 mA. The peak wavelength is 450 nm and the full width at half-maximum (FWHM) of the peak emission is 70 nm at each current. The peak wavelength and the FWHM are almost constant under these dc-biased conditions. In the PL measurements, Zn-related emission energy obtained with Zn doping into InGaN was about 0.5 eV lower than the BE emission energy of InGaN depending on the indium mole fraction. Therefore, the energy level of Zn in InGaN is almost the same as that of Cd in InGaN, and the peak position of EL of DH LEDs depends on the indium mole fraction of InGaN.[19] Zn doping into InGaN films will be described in other articles in detail. The output power is shown as a function of the forward current in Fig. 3. The output power increases sublinearly up to 40 mA as a function of the forward current. The output powers of the InGaN/AlGaN DH LEDs are 800 $\mu$W at 10 mA, 1500 $\mu$W at 20 mA, and 2500 $\mu$W at 40 mA. The external quantum efficiency is 2.7% at 20 mA. A typical on-axis luminous intensity of DH LEDs with 15°

cone viewing angle is 1.2 cd at 20 mA. This luminous intensity is the highest value ever reported for blue LEDs. A typical example of the current-voltage ($I$-$V$) characteristics of InGaN/AlGaN DH LEDs is shown in Fig. 4. It is shown that the forward voltage is 3.6 V at 20 mA. This forward voltage is the lowest value ever reported for III-V nitride LEDs. In previous reports on InGaN/GaN DH LEDs, the forward voltage was as high as about 10 V and the output power was not so high (about 125 $\mu$W).[11] In the previous study, electron beam irradiation instead of thermal annealing was performed for as-grown InGaN/GaN epilayers in order to obtain a highly $p$-type GaN layer. It is considered that the forward voltage was as high as 10 V and the output power was not so high because the entire area of the $p$ layer was not uniformly changed into a highly $p$-type GaN layer by electron beam irradiation. By thermal annealing, the entire area of as-grown high-resistivity $p$-type GaN layer can be uniformly changed into a low-resistivity $p$-type GaN layer.[18]

In summary, candela-class high-brightness InGaN/AlGaN DH blue LEDs with the luminous intensity over 1 cd were fabricated for the first time. The output power was 1500 $\mu$W and the external quantum efficiency was as high as 2.7% at a forward current of 20 mA at room temperature. The peak wavelength and the FWHM of the EL were 450 and 70 nm, respectively. This value of luminous intensity was the high-



FIG. 2. Electroluminescence spectra of the InGaN/AlGaN double-heterostructure blue LED under different dc currents.



Y: 5mA/div.

X: 2V/div.

FIG. 4. Typical $I$-$V$ characteristic of the InGaN/AlGaN double-heterostructure blue LED.

Downloaded 29 Nov 2007 to 132.178.126.155. Redistribution subject to AIP license or copyright; see http://apl.aip.org/apl/copyright.jsp

est ever reported for blue LEDs. Using these high-brightness blue LEDs, high-brightness full-color indicators and flat panel displays will be developed in the near future.

[1] M. A. Haase, J. Qui, J. M. DePuydt, and H. Cheng, Appl. Phys. Lett. **59**, 1272 (1991).

[2] H. Jeon, J. Ding, A. V. Nurmikko, W. Xie, D. C. Grillo, M. Kobayashi, R. L. Gunshor, G. C. Hua, and N. Otsuka, Appl. Phys. Lett. **60**, 2045 (1992).

[3] W. Xie, D. C. Grillo, R. L. Gunshor, M. Kobayashi, H. Jeon, J. Ding, A. V. Nurmikko, G. C. Hua, and N. Otsuka, Appl. Phys. Lett. **60**, 1999 (1992).

[4] S. Strite and H. Morkoç, J. Vac. Sci. Technol. B **10**, 1237 (1992).

[5] I. Akasaki, H. Amano, Y. Koide, K. Hiramatsu, and N. Sawaki, J. Cryst. Growth **98**, 209 (1989).

[6] H. Amano, M. Kito, K. Hiramatsu, and I. Akasaki, Jpn. J. Appl. Phys. **28**, L2112 (1989).

[7] T. Matsuoka, H. Tanaka, T. Sasaki, and A. Katsui, Inst. Phys. Conf. Ser. **106**, 141 (1989).

[8] T. Nagatomo, T. Kuboyama, H. Minamino, and O. Omoto, Jpn. J. Appl. Phys. **28**, L1334 (1989).

[9] N. Yoshimoto, T. Matsuoka, T. Sasaki, and A. Katsui, Appl. Phys. Lett. **59**, 2251 (1991).

[10] S. Nakamura and T. Mukai, Jpn. J. Appl. Phys. **31**, L1457 (1992).

[11] S. Nakamura, M. Senoh, and T. Mukai, Jpn. J. Appl. Phys. **32**, L8 (1993).

[12] J. I. Pankove and J. A. Hutchby, Appl. Phys. Lett. **24**, 281 (1974).

[13] G. Jacob, M. Boulou, and M. Furtado, J. Cryst. Growth **42**, 136 (1977).

[14] B. Monemar, O. Lagerstedt, and H. P. Gislason, J. Appl. Phys. **51**, 625 (1980).

[15] P. Bergman, G. Ying, B. Monemar, and P. O. Holz, J. Appl. Phys. **61**, 4589 (1987).

[16] S. Nakamura, Jpn. J. Appl. Phys. **30**, 1620 (1991).

[17] S. Nakamura, Y. Harada, and M. Senoh, Appl. Phys. Lett. **58**, 2021 (1991).

[18] S. Nakamura, N. Iwasa, M. Senoh, and T. Mukai, Jpn. J. Appl. Phys. **31**, 1258 (1992).

[19] S. Nakamura, N. Iwasa, and S. Nagahama, Jpn. J. Appl. Phys. **32**, L338 (1993).

Downloaded 29 Nov 2007 to 132.178.126.155. Redistribution subject to AIP license or copyright; see http://apl.aip.org/apl/copyright.jsp

# EXHIBIT A2

Jpn. J. Appl. Phys. Vol. 34 (1995) pp. L 797–L 799
Part 2, No. 7A, 1 July 1995

# High-Brightness InGaN Blue, Green and Yellow Light-Emitting Diodes with Quantum Well Structures

Shuji Nakamura, Masayuki Senoh, Naruhito Iwasa and Shin-ichi Nagahama

*Department of Research and Development, Nichia Chemical Industries, Ltd.,*
*491 Oka, Kaminaka, Anan, Tokushima 774, Japan*

(Received May 2, 1995; accepted for publication May 24, 1995)

High-brightness blue, green and yellow light-emitting diodes (LEDs) with quantum well structures based on III–V nitrides were grown by metalorganic chemical vapor deposition on sapphire substrates. The typical green LEDs had a peak wavelength of 525 nm and full width at half-maximum (FWHM) of 45 nm. The output power, the external quantum efficiency and the luminous intensity of green LEDs at a forward current of 20 mA were 1 mW, 2.1% and 4 cd, respectively. The luminous intensity of green LEDs (4 cd) was about 40 times higher than that of conventional green GaP LEDs (0.1 cd). Typical yellow LEDs had a peak wavelength of 590 nm and FWHM of 90 nm. The output power of yellow LEDs was 0.5 mW at 20 mA. When the emission wavelength of III–V nitride LEDs with quantum well structures increased from the region of blue to yellow, the output power decreased dramatically.

KEYWORDS: InGaN, AlGaN, quantum well structure, blue LED, green LED, yellow LED

## 1. Introduction

Recent research on III–V nitrides has paved the way for realization of high-quality crystals of AlGaN and InGaN, and p-type conduction in AlGaN.[1-5] The hole-compensation mechanism of p-type AlGaN has also been elucidated.[6,7] High-brightness blue and blue-green light-emitting diodes (LEDs) with a luminous intensity of 2 cd have been fabricated using these techniques and are now commercially available.[8,9] In order to obtain blue and blue-green emission centers in these InGaN/AlGaN double-heterostructure (DH) LEDs, Zn doping into the InGaN active layer was performed. Although these InGaN/AlGaN DH LEDs produce a high-power light output in the blue and blue-green region with a broad emission spectrum (full width at half-maximum FWHM)=70 nm), green or yellow LEDs which have a peak wavelength longer than 500 nm have not been fabricated.[9] The longest peak wavelength of the electroluminescence (EL) of InGaN/AlGaN DH LEDs achieved thus far is 500 nm (blue-green) because the crystal quality of the InGaN active layer of DH LEDs becomes poor when the indium mole fraction is increased in order to obtain a green band-edge emission.

On the other hand, in conventional green GaP LEDs the external quantum efficiency is only 0.1% due to the indirect transition band-gap material and the peak wavelength is 555 nm (yellowish green).[10] As another material for green emission devices, AlInGaP has been used. The present performance of green AlInGaP LEDs is an emission wavelength of 570 nm (yellowish green) and maximum external quantum efficiency of 1%.[10] When the emission wavelength is reduced to the green region, the external quantum efficiency drops sharply because the band structure of AlInGaP becomes close to an indirect transition band structure. Therefore, high-brightness pure green LEDs, which have a high efficiency of above 1% at the peak wavelength between 510–530 nm with a narrow FWHM, have not been commercialized yet.

Among II–VI materials, ZnSSe- and ZnCdSe-based materials have been intensively studied for use in green light-emitting devices, and much progress has been made recently. The recent performance of II–VI green LEDs is an output power of 1.3 mW, external quantum efficiency of 5.3% at 10 mA and peak wavelength of 512 nm.[11] However, the lifetime of II-VI-based devices is still short, which prevents commercialization of II-VI-based devices at present.

We have already reported violet InGaN/AlGaN DH LEDs with a narrow spectrum (FWHM = 10 nm) at a peak wavelength of 400 nm originating from the band-to-band emission of InGaN.[12] However, the output power and the external quantum efficiency of those violet InGaN/AlGaN DH LEDs were only 1 mW and 1.6%, respectively, probably due to the formation of misfit dislocation in the thick InGaN active layer (about 1000 Å) caused by the stress introduced into the InGaN active layer due to lattice mismatch, and the difference in thermal expansion coefficients between the InGaN active layer and AlGaN cladding layers. When the InGaN active layer becomes thin, the elastic strain is not relieved by the formation of misfit dislocation and the crystal quality of the InGaN active layer improves. We reported a high-quality InGaN multi-quantum-well structure (MQW) with 30 Å well and 30 Å barrier layers.[13] Here, we describe quantum-well structure (QW) LEDs which have a thin InGaN active layer (about 20 Å) in order to obtain high-power emission in the region from blue to yellow with a narrow emission spectrum.

## 2. Experimental

III–V nitride films were grown by the two-flow metalorganic chemical vapor deposition (MOCVD) method. Details of the two-flow MOCVD are described elsewhere.[14] The growth was conducted at atmospheric pressure. Sapphire with (0001) orientation (*C* face), of two-inch diameter, was used as a substrate. The growth conditions of each layer are described elsewhere.[8,9,12]



Fig. 1.   The structure of green SQW LED.



Fig. 2.   Electroluminescence of (a) blue, (b) green and (c) yellow SQW LEDs at a forward current of 20 mA.

The green LED device structures (Fig. 1) consist of a 300 Å GaN buffer layer grown at a low temperature (550°C), a 4-$\mu$m-thick layer of n-type GaN:Si, a 1000-Å-thick layer of n-type $Al_{0.1}Ga_{0.9}N$:Si, a 500-Å-thick layer of n-type $In_{0.05}Ga_{0.95}N$:Si, a 20-Å-thick active layer of undoped $In_{0.43}Ga_{0.57}N$, a 1000-Å-thick layer of p-type $Al_{0.1}Ga_{0.9}N$:Mg, and a 0.5-$\mu$m-thick layer of p-type GaN:Mg. The active region forms a single-quantum-well structure (SQW) consisting of a 20 Å $In_{0.43}Ga_{0.57}N$ well layer sandwiched by 500 Å n-type $In_{0.05}Ga_{0.95}N$ and 1000 Å p-type $Al_{0.1}Ga_{0.9}N$ barrier layers. The indium mole fraction of the InGaN active layer was varied between 0.2 and 0.7 in order to change the peak wavelength of the InGaN SQW LEDs from blue to yellow.

Fabrication of LED chips was accomplished as follows. The surface of the p-type GaN layer was partially etched until the n-type GaN layer was exposed. Next, Ni/Au contact was evaporated onto the p-type GaN layer and a Ti/Al contact onto the n-type GaN layer. The wafer was cut into a rectangular shape (350 $\mu$m × 350 $\mu$m). These chips were set on a lead frame, and were then molded. The characteristics of LEDs were measured under direct current (DC)-biased conditions at room temperature.

### 3.   Results and Discussion

Figure 2 shows the typical EL of the blue, green and yellow SQW LEDs with different indium mole fractions of the InGaN well layer at a forward current of 20 mA. The longest emission wavelength is 590 nm (yellow). The peak wavelength and the FWHM of the typical blue SQW LEDs are 450 nm and 20 nm, respectively, of green SQW LEDs 525 nm and 45 nm, respectively, and of yellow SQW LEDs 590 nm and 90 nm, respectively. Figure 3 shows the FWHM of the EL spectra as a function of the peak wavelength. When the peak wavelength becomes longer, the value of the FWHM of the EL spectra increases, probably due to the strain between well and barrier layers of the SQW which is caused by the mismatch of the lattice and the thermal expansion coefficients between well and barrier layers.

In the green SQW, the indium mole fraction of InGaN active layer is 0.43 corresponding to the band-edge emission wavelength of $In_{0.43}Ga_{0.57}N$ of 490 nm under stress-free conditions.[12] On the other hand, the



Fig. 3.   FWHM of the EL spectra of SQW LEDs as a function of the peak wavelength.

emission wavelength of green SQW LEDs is 525 nm. The energy difference between the peak wavelength of the EL and the stress-free band-gap energy is approximately 170 meV. In order to explain this band-gap narrowing of InGaN in the SQW, the quantum size effects, the exciton effects (electron-hole pairs correlated by Coulomb effects) of the active layer and the mismatch of the lattice and thermal expansion coefficients between well and barrier layers must be considered. Among these effects, the exciton effects and the tensile stress caused by the difference in thermal expansion coefficients between well and barrier layers may be primarily responsible for the band-gap narrowing of the InGaN in the SQW structure.

The output power of the SQW LEDs is shown as a function of the forward current in Fig. 4. The output power of the blue SQW LEDs slightly increases sublinearly up to 40 mA as a function of the forward current. Above 60 mA, the output power almost saturates, probably due to the generation of heat. At 20 mA, the output power and the external quantum efficiency of blue SQW LEDs are 4 mW and 7.3%, respectively, which are much higher than those of InGaN/AlGaN DH LEDs (1.5 mW and 2.7%).[8] Those of the green SQW LEDs are 1 mW and 2.1%, respectively, and those of yellow SQW LEDs are 0.5 mW and



Fig. 4.   The output power of (a) blue, (b) green and (c) yellow SQW LEDs as a function of the forward current.

1.2%, respectively. The output power of green and yellow SQW LEDs is relatively small in comparison with that of blue SQW LEDs, probably due to poor crystal quality of the InGaN well layer which has large lattice mismatch and difference in thermal expansion coefficients between well and barrier layers. A typical on-axis luminous intensity of green SQW LEDs with 10° cone viewing angle is 4 cd at 20 mA. This luminous intensity is the highest ever reported for green LEDs based on III–V nitride.

Figure 5 shows the output power as a function of the peak wavelength of EL spectra at a forward current of 20 mA. The output power decreases when the peak wavelength becomes longer, probably due to the large strain between well and barrier layers. The output power of green and yellow LEDs is 1 mW (at 525 nm) and 0.5 mW (at 590 nm), respectively. The conventional green GaP LED with a peak wavelength of 555 nm has an output power of 0.04 mW. Also, the output power of green AlInGaP LEDs with a peak wavelength of 570 nm is 0.4 mW.[10] Therefore, the output power of green InGaN SQW LEDs is much higher than that of conventional yellowish green LEDs. Also, the luminous intensity of InGaN green SQW LEDs (4 cd) is about 40 times higher than that of conventional green GaP LEDs (0.1 cd), and the color of InGaN SQW LEDs is greener than those of conventional GaP and AlInGaP LEDs. A typical example of the I–V characteristics of the green SQW LEDs shows that the forward voltage is 3.0 V at 20 mA.

## 4.  Conclusions

In summary, high-brightness InGaN green SQW



Fig. 5.   The output power as a function of the peak wavelength of EL spectra of SQW LEDs at a forward current of 20 mA.

LEDs were fabricated for the first time. The luminous intensity was 4 cd and the external quantum efficiency was as high as 2.1% at a forward current of 20 mA at room temperature. The peak wavelength and the FWHM of the green LEDs were 525 nm and 45 nm, respectively, and those of yellow LEDs were 590 nm and 90 nm, respectively. The color of green InGaN SQW LEDs was greener than those of conventional GaP and AlInGaP LEDs. Fabrication of practical visible LEDs in the range from blue to yellow is possible using III–V nitride materials at present.

## Acknowledgements

The authors would like to thank T. Yamada, H. Kiyoku and Y. Sugimoto for their assistance in the experiments.

1)  S. Strite and H. Morkoç: J. Vac. Sci. & Technol. B10 (1992) 1237.
2)  H. Morkoç, S. Strite, G. B. Gao, M. E. Lin, B. Sverdlov and M. Burns: J. Appl. Phys. **76** (1994) 1363.
3)  H. Amano, M. Kito, K. Hiramatsu and I. Akasaki: Jpn. J. Appl. Phys. **28** (1989) L2112.
4)  S. Nakamura and T. Mukai: Jpn. J. Appl. Phys. **31** (1992) L1457.
5)  M. A. Khan, J. N. Kuznia, D. T. Olson, M. Blasingame and A. R. Bhattarai: Appl. Phys. Lett. **63** (1993) 2455.
6)  S. Nakamura, N. Iwasa, M. Senoh and T. Mukai: Jpn. J. Appl. Phys. **31** (1992) 1258.
7)  C. Wang and R. F. Davis: Appl. Phys. Lett. **63** (1993) 990.
8)  S. Nakamura, T. Mukai and M. Senoh: Appl. Phys. Lett. **64** (1994) 1687.
9)  S. Nakamura, T. Mukai and M. Senoh: J. Appl. Phys. **76** (1994) 8189.
10)  M. G. Craford: Circuits & Devices, September (1992) 24.
11)  D. E. Eason, Z. Yu, W. C. Hughes, W. H. Roland, C. Boney, J. W. Cook, Jr., J. F. Schetzina, G. Cantwell and W. C. Harasch: Appl. Phys. Lett. **66** (1995) 115.
12)  S. Nakamura: Microelec. J. **25** (1994) 651.
13)  S. Nakamura, T. Mukai, M. Senoh, S. Nagahama and N. Iwasa: J. Appl. Phys. **74** (1993) 3911.
14)  S. Nakamura: Jpn. J. Appl. Phys. **30** (1991) 1620.

# EXHIBIT A3

SPONSORED BY THE
OPTICAL SOCIETY OF AMERICA

# HANDBOOK OF OPTICS

## FUNDAMENTALS, TECHNIQUES, & DESIGN

• SECOND EDITION •

VOLUME

# I

MICHAEL BASS, EDITOR IN CHIEF

ERIC W. VAN STRYLAND • DAVID R. WILLIAMS • WILLIAM L. WOLFE, ASSOCIATE EDITORS

# HANDBOOK OF
# OPTICS

## Other McGraw-Hill Books of Interest

*Hecht* • THE LASER GUIDEBOOK
*Manning* • STOCHASTIC ELECTROMAGNETIC IMAGE PROPAGATION
*Nishihara, Haruna, Suhara* • OPTICAL INTEGRATED CIRCUITS
*Rancourt* • OPTICAL THIN FILMS USERS' HANDBOOK
*Sibley* • OPTICAL COMMUNICATIONS
*Smith* • MODERN OPTICAL ENGINEERING
*Smith* • MODERN LENS DESIGN
*Waynant, Ediger* • ELECTRO-OPTICS HANDBOOK
*Wyatt* • ELECTRO-OPTICAL SYSTEM DESIGN

*To order, or to receive additional information on these or
any other McGraw-Hill titles, please call 1-800-822-8158
in the United States. In other countries, please contact
your local McGraw-Hill Office.*            **BC14BCZ**

# HANDBOOK OF OPTICS

**Volume I
Fundamentals, Techniques,
and Design**

**Second Edition**

**Sponsored by the
OPTICAL SOCIETY OF AMERICA**

**Michael Bass**   Editor in Chief

*The Center for Research and
Education in Optics and Lasers (CREOL)
University of Central Florida
Orlando, Florida*

**Eric W. Van Stryland**   Associate Editor

*The Center for Research and Education
in Optics and Lasers (CREOL)
University of Central Florida
Orlando, Florida*

**David R. Williams**   Associate Editor

*Center for Visual Science
University of Rochester
Rochester, New York*

**William L. Wolfe**   Associate Editor

*Optical Sciences Center
University of Arizona
Tucson, Arizona*

**McGRAW-HILL, INC.**

New York  San Francisco  Washington, D.C.  Auckland  Bogota
Caracas  Lisbon  London  Madrid  Mexico City  Milan
Montreal  New Delhi  San Juan  Singapore
Sydney  Tokyo  Toronto

**Library of Congress Cataloging-in-Publication Data**

Handbook of optics / sponsored by the Optical Society of America ;
  Michael Bass, editor in chief. — 2nd ed.
      p.     cm.
    Includes bibliographical references and index.
    Contents:  1. Fundamentals, techniques, and design — 2. Devices,
      measurement, and properties.
    ISBN 0-07-047740-X
    1. Optics—Handbooks, manuals, etc.  2. Optical instruments—
Handbooks, manuals, etc.  I.  Bass, Michael.  II. Optical Society
of America.
QC369.H35     1995
535—dc20                                                94-19339
                                                          CIP

Copyright © 1995 by McGraw-Hill, Inc. All rights reserved. Printed in the
United States of America. Except as permitted under the United States
Copyright Act of 1976, no part of this publication may be reproduced or
distributed in any form or by any means, or stored in a data base or
retrieval system, without the prior written permission of the publisher.

1 2 3 4 5 6 7 8 9  DOC/DOC  9 0 9 8 7 6 5 4

ISBN 0-07-047740-7

The sponsoring editor for this book was Stephen S. Chapman, the editing
supervisor was Peggy Lamb, and the production supervisor was Pamela A.
Pelton. It was set in Times Roman by The Universities Press (Belfast) Ltd.

Printed and bound by R.R. Donnelly & Sons Company.

This book was printed on acid-free paper.

Information contained in this work has been obtained by
McGraw-Hill, Inc. from sources believed to be reliable. How-
ever, neither McGraw-Hill nor its authors guarantees the
accuracy or completeness of any information published herein
and neither McGraw-Hill nor its authors shall be responsible for
any errors, omissions, or damages arising out of use of this
information. This work is published with the understanding that
McGraw-Hill and its authors are supplying information but are
not attempting to render engineering or other professional
services. If such services are required, the assistance of an
appropriate professional should be sought.

# CHAPTER 12
# LIGHT-EMITTING DIODES

**Roland H. Haitz**
**M. George Craford**
**Robert H. Weissman**
*Hewlett-Packard Co.,*
*San Jose, California*

## 12.1 GLOSSARY

| | |
|---|---|
| $c$ | velocity of light |
| $E_g$ | semiconductor energy bandgap |
| $h$ | Planck's constant |
| $I_T$ | total LED current |
| $J$ | LED current density |
| $k$ | Boltzmann's constant |
| $M$ | magnification |
| $n_0$ | low index of refraction medium |
| $n_1$ | high index of refraction medium |
| $q$ | electron charge |
| $T$ | temperature |
| $V$ | applied voltage |
| $\eta_i$ | internal quantum efficiency |
| $\theta_c$ | critical angle |
| $\lambda$ | emission wavelength |
| $\tau$ | total minority carrier lifetime |
| $\tau_n$ | nonradiative minority carrier lifetime |
| $\tau_r$ | radiative minority carrier lifetime |

## 12.2 INTRODUCTION

Over the past 25 years the light-emitting diode (LED) has grown from a laboratory curiosity to a broadly used light source for signaling applications. In 1992 LED production reached a level of approximately 25 billion chips, and $2.5 billion worth of LED-based components were shipped to original equipment manufacturers.

This article covers light-emitting diodes from the basic light-generation processes to

and (2) GaP with a nitrogen concentration in the range of $10^{19}\,cm^{-3}$ with a substantially higher luminous efficiency of around 6 lm/A at 572 nm. At this wavelength, the color appearance is yellow-green, often described as chartreuse.

Three nitrogen-doped ternary alloys of GaAsP are commercially important for red, orange, and yellow. The red source with $x = 0.65$ has an efficiency in the range of 2–3 lm/A. With increasing bandgap or decreasing wavelength, the drop in quantum efficiency is compensated by an increase in eye sensitivity, resulting in a practically wavelength-independent luminous efficiency for the range of 635 to 585 nm.[8,15]

ZnO-doped GaP is an interesting material. The quantum efficiency of such chips is relatively high, around 3 percent. However, the linewidth is quite broad. The quantum efficiency peaks at 700 nm, but the luminous efficiency peaks at 640 nm (dominant wavelength). In other words, most of the photons are emitted at wavelengths with low eye sensitivity. Another problem of GaP:ZnO is saturation. The deep ZnO electron trap causes very slow exciton recombination. At high injection currents, all traps are saturated and most of the injected carriers recombine nonradiatively. At low injection levels ($\leq 1\,A/cm^2$), the efficacy is relatively high, 3–5 lm/A. At a more useful density of 10–30 $A/cm^2$, the emission saturates, resulting in an efficacy of around 1 lm/A.

## The $Al_xGa_{1-x}As$ System

The $Al_xGa_{1-x}As$ material system has a direct bandgap for $0 \leq x \leq 0.38$. This system has one very significant advantage over the GaAsP system described above, the entire alloy range from $x = 0$ to $x = 1$ can be lattice-matched to GaAs. In other words, every alloy composition can be directly grown on any other alloy composition without the need for transition layers. This feature allows the growth of very abrupt heterojunctions, i.e., abrupt transition in composition and bandgap. These heterojunctions add one important property not available in the GaAsP system: carrier containment (see earlier under "Device Structures"). Carrier containment reduces the movement of injected carriers in a direction perpendicular to the junction. Thus, carrier density can be increased beyond the diffusion-limited levels. This results in increased internal quantum efficiency and higher speed. Another benefit is reduced absorption and improved extraction efficiency (under "Light Extraction").

Of practical significance are two compositions: $x = 0.06$ and $x = 0.38$ (see Table 3). Both compositions exist in single and double heterojunction variations (see under "Device Structures"). The double heterojunctions usually have a 1.5–2.0-times advantage in efficiency and speed. In all cases, the efficiency strongly depends on the thickness of the window layer and, to a lesser degree, on the thickness of the transparent layer between active layer and absorbing substrate (see Fig. 12). Chips with a transparent substrate have an additional efficiency improvement of 1.5–3.0 times again, depending on layer thickness

**TABLE 3**  Performance Summary of LED Chips in the $Al_xGa_{1-x}As$ System

| $x$ | $\lambda$ (nm) | Substrate* | Structure† | Efficiency or efficacy | Speed (ns) |
|------|------|------|------|------|------|
| 0.06 | 820 | AS, TW | DH | 8% | 30 |
| 0.06 | 820 | TS | DH | 15% | 30 |
| 0.38 | 650 | AS, TW | SH | 4 lm/A | |
| 0.38 | 650 | AS, TW | DH | 8 lm/A | |
| 0.38 | 650 | TS | DH | 16 lm/A | |

\* AS = absorbing substrate; TW = thick window layer; TS = transport substrate.
† DH = double heterostructure; SH = single heterostructure.

and contact area. The efficiency variation is best understood by counting exit cones as described in the text in conjunction with Table 1. For $x = 0.06$, the internal quantum efficiency of a double heterojunction approaches 100 percent. For $x = 0.38$, the direct and indirect valleys are practically at the same level and the internal quantum efficiency is reduced to the range of 50 percent, again dependent upon the quality of the manufacturing process.

The best compromise for efficiency and speed is the $x = 0.06$ alloy as a double heterostructure. Depending on layer thickness, substrate, and contact area, these devices have efficiencies of 5 to 20 percent and rise/fall times of 20–50 ns. This alloy is becoming the workhorse for all infrared applications demanding power and speed. A structural variation as shown in Fig. 14 is an important light source for fiber-optic communication.

The $x = 0.38$ alloy is optimized for applications in the visible spectrum. The highest product of quantum efficiency and eye response is achieved at $x = 0.38$ and $\lambda = 650$ nm. The single heterostructure on an absorbing substrate has an efficacy of around 4 lm/A. The equivalent double heterostructure is in the 6–8 lm/A range. On a transparent GaAlAs substrate, the efficacy is typically in the 15–20 lm/A range and results of as high as 30 lm/A have been reported in the literature.[16] The major application for these red LEDs is in light-flux-intensive applications, such as message panels and automotive stoplights. A variation optimized for speed is widely used for optical communication using plastic fiber.

### The AlInGaP System

The AlInFaP system has most of the advantages of the AlGaAs system with the additional advantage that it has a higher-energy direct energy gap of 2.3 eV that corresponds to green emission at 540 nm. AlInGaP can be lattice-matched to GaAs substrates. Indium occupies about half of the Group III atomic sites. The ratio of aluminum to gallium can be changed without affecting the lattice match, just as it can in the AlGaAs material system, since AlP and GaP have nearly the same lattice spacing. This enables the growth of heterostructures that have the efficiency advantages described in the previous section.

Various AlInGaP device structures have been grown. A simple DH structure with an AlInGaP active layer surrounded by higher bandgap AlInGaP confining layers has been effective for injection lasers, but has not produced efficient surface-emitting LEDs.[17] The main problem has been that AlInGaP is relatively resistive and the top AlInGaP layer is not effective in distributing the current uniformly over the chip. This is not a problem with lasers since the top surface is covered with metal and the light is emitted from the edge of the chip.

The top layer must also be transparent to the light that is generated. Two window layers used are AlGaAs or GaP on top of the AlInGaP heterostructure.[18,19] AlGaAs has the advantage that it is lattice-matched and introduces a minimum number of defects at the interface, but it has the disadvantage that it is somewhat absorptive to the yellow and green light which is generated for high-aluminum compositions. The highest AlInGaP device efficiencies have been achieved using GaP window layers.[18,20] GaP has the advantage that it is transparent to shorter wavelengths than AlGaAs and that it is easy to grow thick GaP layers, using either VPE or LPE, on top of the AlInGaP DH that was grown by MOVPE. Both VPE and LPE have substantially higher growth rates than MOCVD. The various growth techniques are discussed later under "Epitaxial Technology."

AlInGaP devices with 45-$\mu$m-thick GaP window layers have achieved external quantum efficiencies exceeding 5 percent in the red and yellow regions of the emission spectrum.[21] This is more than twice as bright as devices that have thinner AlGaAs window layers.

Green-emitting AlInGaP devices have also been grown which are brighter than the conventional GaP and GaP:N green emitters.[18,20,21] Substantial further improvement in green is expected since the quantum efficiency is not as high as would be expected based on the energy position of the transition from a direct to an indirect semiconductor.



**FIGURE 16** External quantum efficiency as a function of peak wavelength for various types of visible LEDs. Below 590 nm the efficiency of AlInGaP LEDs decreases due to the approaching transition from direct to indirect semiconductor. The human eye sensitivity curve is also shown. Since the eye response increases sharply from 660 to 540 nm, it partially makes up for the drop in AlInGaP LED efficiency. The resulting luminous performance is shown in Fig. 17.

The performance of AlInGaP LEDs compared to the most important other types of visible emitters is shown in Figs. 16 and 17. GaAsP on a GaAs substrate and GaP:ZnO are not shown since their luminous efficacy are off the chart at the bottom and the lower-right-hand corner, respectively. It is clear from Fig. 17 that the luminous efficacy of AlInGaP is substantially higher than the other technologies in all color regions except for red beyond 640 nm. Since forward voltage is typically about 2V, the lumen/watt value for a given device is about one-half the lumen/ampere value that is given in Tables 2 and 3. The quantum efficiency of AlInGaP is also better than all of the other technologies except for the highest-performance AlGaAs devices operating at about 650 nm. Because of the eye



**FIGURE 17** Luminous efficacy for AlInGaP LEDs versus wavelength compared to other LED technologies. AlInGaP LEDs are more than an order of magnitude brighter in the orange and yellow regions than other LEDs. AlInGaP LEDs compare favorably to the best AlGaAs red LEDs.

sensitivity variations (see C.I.E. curve in Fig. 16), the 620 nm (red/orange) AlInGaP devices have a higher luminous efficiacy than 650 nm AlGaAs LEDs (see Fig. 17).

## Blue LED Technology

Blue emitters have been commercially available for more than a decade, but have only begun to have a significant impact on the market in the last few years. SiC is the leading technology for blue emitters with a quantum efficiency of about 0.02 percent and 0.04 lm/A luminous performance. SiC devices are not much used due to their high price and relatively low performance efficiency.

Other approaches for making blue LEDs are the use of II-VI compounds such as ZnSe or the nitride system GaN, AlGaN, or AlGaInN. It has been difficult to make good $p$-$n$ junctions in these materials. Recently improved $p$-$n$ junctions have been demonstrated in both ZnSe[22,23] and GaN.[24] Device performance is still in the 0.1 lm/A range and reliability is unproven. However, this recent progress is very encouraging for blue-emission technology and could lead to a high-performance device in the next few years. Both ZnSe and the nitride system have a major advantage over SiC because they are direct bandgap semiconductors, so a much higher internal quantum efficiency is possible. However, it is difficult to find suitable lattice-matched substrates for these materials.

## 12.7 SUBSTRATE TECHNOLOGY

### Substrate Criteria

There are several requirements for substrates for LEDs. The substrate must be as conductive as possible both thermally and electrically to minimize power loss. In order to minimize defects it should match the epitaxial layers as closely as possible in atomic lattice spacing, and in the coefficient of thermal expansion. The substrate should also have a low defect density itself. Finally, the substrate should, if possible, be transparent to the light generated by the LED structure since this will enhance the external quantum efficiency.

### Substrate Choices

The substrates used for nearly all visible LEDs are GaAs and GaP. GaAs or InP is used for infrared devices, depending upon the device structure required. Substrate parameters are summarized in Table 4, along with Si and Ge for comparison. GaAs is used for the AlGaAs and AlInGaP material systems since they can be lattice-matched to it. GaAs is

**TABLE 4**  Properties of Common Semiconductor Substrates

| Substrate | Lattice parameter | Energy gap @ 300 K (eV) | | Melting point (°C) |
|---|---|---|---|---|
| GaAs | 5.653 | 1.428 | Direct | 1238 |
| GaP | 5.451 | 2.268 | Indirect | 1467 |
| InP | 5.868 | 1.34 | Direct | 1062 |
| Si | 5.431 | 1.11 | Indirect | 1415 |
| Ge | 5.646 | 0.664 | Indirect | 937 |

elements are positioned such that the detector senses a reflection when a reflective surface (specular or diffuse) is positioned within a narrow sensing range. A black surface or nonaligned specular surface or the absence of any reflective surface can be discriminated from a white surface or properly aligned specular surface. Applications include bar-code reading (black or white surface), object-counting on a conveyer belt (presence or no presence of a reflecting surface), and many others. Many transmissive sensor applications can be replaced by using reflective sensors and visa versa. The choice is usually determined by the optical properties of the sensing media or by cost. An emerging application for reflective sensors is blood gas analysis. The concentration of $O_2$ or $CO_2$ in blood can be determined by absorption at two different LED wavelengths, i.e., red and infrared.

***Scattering Sensors.***   One design of smoke detectors is based on light scattering. The LED light beam and the detector path are crossed. In the absence of smoke, no light from the LED can reach the detector. In the presence of smoke, light is scattered into the detector.

## 12.12   *REFERENCES*

1. A. A. Bergh and P. J. Dean, "Light-Emitting Diodes," *Proc. IEEE,* vol. 60, 1972, pp. 156–224.

2. K. Gillessen and W. Shairer, *LEDs—An Introduction,* Prentice-Hall, 1987.

3. M. G. Craford, "Properties and Electroluminescence of the GaAsP Ternary System," *Progress in Solid State Chemistry,* vol. 8, 1973, pp. 127–165.

4. A. H. Herzog, W. O. Groves, and M. G. Craford, "Electroluminescence of Diffused $GaAs_{1-x}P_x$ Diodes with Low Donor Concentrations," *J. Appl. Phys.,* vol. 40, 1969, pp. 1830–1838.

5. R. A. Faulkner, "Toward a Theory of Isoelectronic Impurities in Semiconductors," *Phys. Rev.,* vol. 175, 1968, pp. 991–1009.

6. W. O. Groves, A. J. Herzog, and M. G. Craford, "The Effect of Nitrogen Doping on $GaAs_{1-x}P_x$ Electroluminescent Diodes," *Appl. Phys. Lett.,* vol. 19, 1971, pp. 184–186.

7. M. G. Craford, R. W. Shaw, W. O. Groves, and A. H. Herzog, "Radiative Recombination Mechanisms in GaAsP Diodes with and without Nitrogen Doping," *J. Appl. Physics,* vol. 43, 1972, pp. 4075–4083.

8. M. G. Craford, D. L. Keune, W. O. Groves, and A. H. Herzog, "The Luminescent Properties of Nitrogen Doped GaAsP Light Emitting Diodes," *J. Electron. Matls.,* vol. 2, 1973, pp. 137–158.

9. M. G. Craford and W. O. Groves, "Vapor Phase Epitaxial Materials for LED Applications," *Proc. IEEE,* vol. 61, 1973, pp. 862–880.

10. J. C. Campbell, N. Holonyak Jr., M. G. Craford, and D. L. Keune, "Band Structure Enhancement and Optimization of Radiative Recombination in $GaAs_{1-x}P_x$:N (and $In_{1-x}Ga_xP$:N)," *J. Appl. Phys.,* vol. 45, 1974, pp. 4543–4553.

11. R. A. Logan, H. G. White, and W. Wiegmann, "Efficient Green Electroluminescence in Nitrogen-Doped GaP *p-n* Junctions," *Appl. Phys. Lett.,* vol. 13, 1968, p. 139.

12. A. A. Bergh and J. A. Copeland, "Optical Sources for Fiber Transmission Systems," *Proc. IEEE,* vol. 68, 1980, pp. 1240–1247.

13. M. G. Craford, "Recent Developments in Light-Emitting Diode Technology," *IEEE Trans. Electron Devices,* vol. 24, 1977, pp. 935–943.

14. H. Nather, V. Nitsche, and W. Schairer, "High Resolution Printing Capability of LED-Based Print Heads," *Proceedings SPIE,* 1988, pp. 396–404.

15. M. G. Craford, "Light-Emitting Diode Displays," in *Flat-Panel Displays and CRTs,* L. E. Tannas Jr. (ed.), Van Nostrand Reinhold, 1985, pp. 289–331.

16. L. W. Cook, M. D. Camras, S. L. Rudaz, and F. M. Steranka, "High Efficiency 650 nm Aluminum Gallium Arsenide Light Emitting Diodes," *Proceedings of the 14th International Symposium on GaAs and Related Compounds,* Institute of Physics, Bristol, 1988, pp. 777–780.

17. J. M. Dallesasse, D. W. Nam, D. G. Deppe, N. Holonyak Jr., R. M. Fletcher, C. P. Kuo, T. D. Osentowski, and M. G. Craford, "Short-Wavelength (<6400 Å) Room Temperature Continuous Operation of *p-n* InAlGaP Quantum Well Lasers," *Appl. Phys. Lett.,* vol. 19, 1988, pp. 1826–1828.

18. C. P. Kuo, R. M. Fletcher, T. D. Osentowski, M. C. Lardizabel, and M. G. Craford, "High Performance AlGaInP Visible Light-Emitting Diodes," *Appl. Phys. Lett.,* vol. 57, 1990, pp. 2937–2939.

19. H. Sugawara, M. Ishikawa, and G. Hatakoshi, "High-efficiency InGaAlP/GaAs Visible Light-Emitting Diodes," *Appl. Phys. Lett.,* vol. 58, 1991, 1010–1012.

20. R. M. Fletcher, C. P. Kuo, T. D. Osentowski, K. H. Huang, and M. G. Craford, "The Growth and Properties of High Performance AlGaInP Emitters Using a Lattice Mismatched GaP Window Layer," *Jour. Elec. Matls.,* vol. 20, 1991, pp. 1125–1130.

21. K. H. Huang, J. G. Yu, C. P. Kuo, R. M. Fletcher, T. D. Osentowski, L. J. Stinson, A. S. H. Liao, and M. G. Craford, "Twofold Efficiency Improvement in High Performance AlGaInP Light-Emitting Diodes in the 555–620 nm Spectral Region Using a Thick GaP Window Layer," *Appl. Phys. Lett.,* vol. 61, 1992, pp. 1045–1047.

22. M. A. Haase, J. Qiv, J. M. DePoydt, and H. Cheng, "Blue-green Laser Diodes," *Appl. Phys. Lett.,* vol. 58, 1991, pp. 1272–1275.

23. J. Jeon, J. Ding, A. V. Normikko, W. Xie, M. Kobayashi, and R. L. Gunshore, "ZnSe Based Multilayer *p/n* Junctions as Efficient Light Emitting Diodes for Display Applications," *Appl. Phys. Lett.,* vol. 60, 1992, pp. 892–894.

24. S. Nakamura, M. Senoh, and T. Mukai, "Highly *P*-typed Mg-doped GaN Films Grown with GaN Buffer Layers," *Jap Jour. of Appl. Phys.,* vol. 30, 1991, pp. L1701–L1711.

25. A. G. Fischer, "Methods of Growing Crystals under Pressure," in *Crystal Growth,* B. R. Pamplin (ed.), Pergamon Press, 1975, pp. 521–555.

26. R. L. Moon, "Liquid Phase Epitaxy," in *Crystal Growth,* 2d ed., B. R. Pamplin (ed.), Pergamon Press, 1980.

27. J. W. Burd, "A Multi-Wafer Growth System for the Epitaxial Deposition of GaAs and $GaAs_{1-x}P_x$," *Trans. Met. Soc. AIME,* 1969, pp. 571–576.

28. G. B. Stringfellow, *Organometallic Vapor Phase Epitaxial Growth of III-V Semiconductor: Theory and Practice,* Academic Press, 1989.

29. E. C. H. Parker (ed.), *Technology and Physics of Molecular Beam Epitaxy,* Plenum Press, 1985.

30. S. K. Ghandhi, *VLSI Fabrication Principles,* John Wiley and Sons, 1982.

31. Hewlett-Packard, *Optoelectronics/Fiber-Optics Application Manual,* 2d ed., McGraw-Hill, 1981, p. 82.

32. A. S. Grove, *Physics and Technology of Semiconductor Devices,* sec. 6.6, John Wiley, 1967.

33. O. Veda, *Material Research Society Symposium Proc.,* vol. 184, 1991, p. 125.

34. M. Fukuda, *Reliability and Degradation of Semiconductor Lasers and LEDs,* Artech House, 1991.

35. A. A. Bergh, "Bulk Degradation of GaP Red LEDs," *IEEE Trans. Electron Devices,* vol. 18, 1971, pp. 166–170.

36. D. C. Hanson, "Progress in Fiber Optic LAN and MAN Standards," *IEEE LCS Magazine,* vol. 1, 1990, pp. 17–25.

# EXHIBIT A4

# 12.1: LED Backlight for LCDs

*F. Yamada, Y. Sakaguichi*

**IBM Research, Tokyo Research Laboratory, Yamato, Japan**

## Abstract

**Cold cathode type fluorescent lamp is widely used for color AM-LCD back light because of its high efficiency. Recently, high efficiency blue and green LED are become available in the market, which has better color purity than that of fluorescent lamp. In this paper, we studied their potential for the use of LCD back light.**

**LED back light has an advantage of response time over conventional fluorescent lamps especially when considering color sequential display [1] or moving image quality improvement. [2]**

**Power efficiency, and spectra of Blue, Green, Red, and white fluorescent lamps and Blue, Green, Red LED's were measured, and driving current ratio of each color LED's, power efficiency, optical power output and brightness of the LED backlight were simulated assuming the white LED backlight has a same chromaticity as that of conventional fluorescent lamp.**

## Introduction

Cold cathode type fluorescent lamp is widely used for color AM-LCD back light because of its high efficiency. Recently, high efficiency blue and green LED are become available in the market, which has better color purity than that of fluorescent lamp. In this paper, we studied their potential for the use of LCD back light.

LED back light has an advantage of response time over conventional fluorescent lamps especially when considering color sequential display [1] or moving image quality improvement. [2]

Power efficiency, and spectra of Blue, Green, Red, and white fluorescent lamps and Blue, Green, and Red LED's were measured. Driving current ratio of each color LED's, power efficiency, optical power output and brightness of the LED backlight were simulated assuming the white LED backlight has a same chromaticity as that of conventional fluorescent lamp.

## Experiments

### 1. Samples

#### LED's

Commercially available blue and green LED's manufactured by Nichia Chemical Co. and red LED manufactured by Stanley Electric Co. were prepared for samples whose specifications are listed in table 1. Blue and green LED type with "-N" in this table indicate the recent announced product. NLPB500 and NSPG500 are produced with different structure.

| Color | Type | Forward Voltage (V) | Divergence (deg.) | Optical power output (Typ. mW/20mA) | Luminous Intensity (cd) | Wavelength (nm) | Spectrum FWHM (nm) |
|-------|------|------|------|------|------|------|------|
| Blue | NLPB500* | 3. 6–4. 0 | 15 | 1. 2 | 1 | 450 | 70 |
| Blue | NSPB500-N* | 3. 6–4. 0 | 15 | 3 | 2 | 470 | 20 |
| Green | NSPG500* | 3. 5–4. 0 | NA | 2 | 6 | 525 | 40 |
| Green | NSPG500-N* | 3. 5–4. 0 | 15 | 2 | 6 | 525 | 30 |
| Red | H–3000L** | <1. 8 -2. 5 | NA | NA | 3 | 660 | 25 |

\* : Nichia Chemical Co.

\*\*: Stanley Electric Co.

**Table 1.**

ISSN0098-0966X/98/2901-$1.00 + .00 (c) 1998 SID

### Fluorescent lamps

Commercially available Stanley electronic white fluorescent lamp and the lamps coated with fluorescent material for each color were prepared. The lamps were driven by Hitachi inverter with 5mArms lamp current measured by Tektronix TM502 current probe. Specifications of the fluorescent lamps are shown in table 2.

LED's were placed inside of the sample hole of the integration sphere for the measurement, and the wavelength setting of the power meter was set to be the peak wavelength of its spectrum. For the measurement of the power of fluorescent lamp, a part of the lamp was covered by a light shield and an exposed area was set inside the intergaration sphere for the measurement. The observed value was multiplied by the factor which was (total effective length of the fluorescent lamp)/(length of the

| Starting Voltage | Outer diameter | Tube length | Effective length | Operating Voltage | lamp current | Luminance | Chromaticity | |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | x | y |
| 1,080V | 2.32mm | 262mm | 243mm | 600Vrms | 5mArms | 3200nt | 0.296 | 0.286 |

Fluorescent lamp : Stanley Electric Co.
Inverter : Hitachi Co.

### Table 2.

## 2. Measurements

### Optical power measurement

Optical power of each light source was measured using a combination of a photo-diode type power meter and 10cm diameter integration sphere as shown in figure 1. Photo diode type power meter sensitivity and linearity were checked using thermocouple type power meter and other reference



Fig. 1 Integration Sphere for Optical Power Measurement

photo diode type power meter. Integration sphere set up was also calibrated using calibrated power meter and He-Ne laser.

exposed area).

### Spectrum measurement

Spectrum of the light sources were measured by Minolta CS-1000 spectro photometer for 380nm to 780nm range with 1nm increment. The spectrum data were taken with the unit of $W/Sr \cdot m^2 \cdot nm$ and transferred to the computer for further analysis. Chromaticity of each light source was calculated using CIE1931 color matching function of 2deg. for every 1nm step data. Wavelength setting for the power meter is taken after the spectrum measurement result. Drive current and voltage of Fluorescent lamps were measured at the power supply of the inverter circuit excluding logic control power consumption. Voltage and the current measured for LED's are taken at the LED lead wire. Luminous intensity was calculated based on the spectrum data and the luminosity factor for every 10nm.

### Results

Spectra of white fluorescent lamp (FL), color FL's, and color LED's were measure as shown in figure 2,3 and 4 respectively. Chromaticity of each light source are shown in Table 3. Table 3 also shows the results of power efficiency measurements.

Calculated results of power consumption

ISSN0098-0966X/98/2901-$1.00 + .00 (c) 1998 SID

and optical poer output for LED back light with same chromaticity as the of fluorescent lamp were summarized in Table 4. Drive current ratio of R,G,B LEDs to give the same chromaticity as fluorescent lamp are calculated as shown in Table 5.

LED back light with same chromaticity and luminous intensity requires about 2.5 times more power consumption than a conventional fluorescent lamp, based on sample LED's we measured, because of its wider gamut. In fact, the efficiencies of fluorescent lamp and LED lamp with the same chromaticity are estimated to be not so different each other, based on the power consumption and optical

## Conclusion

| Type of Lightsource | Peak Wavelength (nm) | Optical Power (mW) | Drive Voltage (V) | Drive Current (mA) | Drive Power (mW) | Power Efficiency (%) | Chromaticity | |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | X | Y |
| LED Red | 657 | 5.48 | 1.85 | 20 | 37 | 14.8 | 0.7198 | 0.2786 |
| LED Green | 517 | 1.09 | 3.33 | 20 | 67 | 1.6 | 0.1738 | 0.6985 |
| LED Blue | 451 | 0.88 | 3.33 | 20 | 67 | 1.3 | 0.1527 | 0.1204 |
| | | | | | | | | |
| LED Red N | 655 | 4.50 | 1.83 | 20 | 37 | 12.2 | 0.7193 | 0.2797 |
| LED Green N | 506 | 1.30 | 3.38 | 20 | 68 | 1.9 | 0.1123 | 0.6414 |
| LED Blue N | 470 | 1.14 | 3.33 | 20 | 67 | 1.7 | 0.1211 | 0.0981 |
| | | | | | | | | |
| FL Red | 612 | 293.64 | 18 | 267 | 4806 | 6.1 | 0.5837 | 0.3335 |
| FL Green | 544 | 286.32 | 18 | 266 | 4788 | 5.9 | 0.3269 | 0.5399 |
| FL Blue | 446 | 167.92 | 18 | 261 | 4698 | 3.5 | 0.1594 | 0.0472 |
| FL White | 511 | 253.60 | 18 | 266 | 4788 | 5.2 | 0.3111 | 0.2964 |

### Table 3. Light Source Power Efficiency

| Light Source | Chromaticity | | Optical Power/ Luminous Intensity | 12.1″ Panel Optical Power Requirement (mW) | 12.1″ Display Panel Power Consumption (W) |
|---|---|---|---|---|---|
| | x | y | | | |
| Fluorescent lamp | 0.3111 | 0.2964 | 1 | 250 | 5 |
| LED (New) | 0.3111 | 0.2964 | 2.49 | 622.5 | 12.5 |

### Table 4.

| | Red | Green | Blue |
|---|---|---|---|
| Current ratio | 1 | 0.967 | 1.753 |

### Table 5. Drive current ratio of white LED back light

ISSN0098-0966X/98/2901-$1.00 + .00 (c) 1998 SID

power output. The number of LED elements required was almost the same for each color, to give the same chromaticity as that of conventional white fluorescent lamp.

LED back light has an advantage of response time over conventional fluorescent lamps especially when considering color sequential display [1] or moving image quality improvement. [2]
 Some LED's may have better efficiency and give a different result, since, in this measurement we did not take distribution of power efficiencies of components in to account. In this study, we built the system and tools to measure the characteristics of light sources and simulate their performance for LCD back light.



Fig. 4. Spectrum of Color LED's



Fig. 2. Spectrum of White Fluorescent lamp for LCD Backlight



Fig. 3. Spectrum of Color Fluorescent lamps

## Acknowledgment

The authors would like to acknowledge the contributions from Dr. Y. Taira and other colleagues in our group.

## References

[1]  T. Uchida et al, "Field Sequential Full Color LCD Without Color Filter for AM-LCD", IDRC Digest of Technical Papers, pp.37-40(1997)

[2] K.Sueoka et al, "Improving the Moving-Image Quality of TFT-LCDs", IDRC Digest of Technical Papers, pp.203-206(1997)