## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

DELAWARE DISPLAY GROUP LLC )
and INNOVATIVE DISPLAY )
TECHNOLOGIES LLC, )
                                )          Civil Action No. 13-2112-RGA
          Plaintiffs, )
                                )         **JURY TRIAL DEMANDED**
      v. )
                                )
VIZIO, INC., et al. )
                                )
          Defendants. )
                                )

## PLAINTIFFS' MOTION FOR PARTIAL SUMMARY JUDGMENT

Plaintiffs Delaware Display Group LLC and Innovative Display Technologies LLC,

by and through their undersigned counsel, hereby move for partial summary judgment. The

grounds for the motion are set forth in Plaintiffs' opening brief filed contemporaneously

with this motion.

DATED: August 26, 2016            Respectfully submitted,

                                      **FARNAN LLP**

                                      */s/ Brian E. Farnan*
                                      Brian E. Farnan (#4089)
                                      Michael J. Farnan (#5165)
                                      919 North Market Street
                                      12th Floor
                                      Wilmington, DE  19801
                                      (302) 777-0300
                                      bfarnan@farnanlaw.com
                                      mfarnan@farnanlaw.com

                                      Jeffrey R. Bragalone (admitted *pro hac vice*)
                                      Patrick J. Conroy (admitted *pro hac vice*)
                                      Justin B. Kimble (admitted *pro hac vice*)
                                      Daniel F. Olejko (admitted *pro hac vice*)
                                      T. William Kennedy, Jr. (admitted *pro hac vice*)
                                      Stephanie Wood (admitted *pro hac vice*)

James R. Perkins (admitted *pro hac vice*)
**BRAGALONE CONROY P.C.**
Chase Tower,
2200 Ross Ave., Suite 4500W
Dallas, Texas 75201
214-785-6670 Telephone
214-785-6680 Facsimile
jbragalone@bcpc-law.com
pconroy@bcpc-law.com
jkimble@bcpc-law.com
dolejko@bcpc-law.com
bkennedy@bcpc-law.com
swood@bcpc-law.com
jperkins@bcpc-law.com

Attorneys for Plaintiffs
**DELAWARE DISPLAY GROUP LLC and
INNOVATIVE DISPLAY
TECHNOLOGIES LLC**