**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| DELAWARE DISPLAY GROUP LLC and INNOVATIVE DISPLAY TECHNOLOGIES LLC, | ) ) ) | |
| | ) | |
| Plaintiffs, | ) | C.A. No. 13-2108-RGA |
| | ) | |
| v. | ) | **JURY TRIAL DEMANDED** |
| | ) | |
| LENOVO HOLDING CO. INC., and LENOVO (UNITED STATES) INC., | ) ) | |
| | ) | |
| Defendants. | ) | |
| DELAWARE DISPLAY GROUP LLC and INNOVATIVE DISPLAY TECHNOLOGIES LLC, | ) ) ) | |
| | ) | |
| Plaintiffs, | ) | C.A. No. 13-2109-RGA |
| | ) | |
| v. | ) | **JURY TRIAL DEMANDED** |
| | ) | |
| LG ELECTRONICS, INC., LG ELECTRONICS U.S.A., INC., LG DISPLAY CO., LTD., and LG DISPLAY AMERICA, INC., | ) ) ) ) | |
| | ) | |
| Defendants. | ) | |
| DELAWARE DISPLAY GROUP LLC AND INNOVATIVE DISPLAY TECHNOLOGIES LLC, | ) ) ) | |
| | ) | |
| Plaintiffs, | ) | C.A. No. 13-2112-RGA |
| | ) | |
| v. | ) | **JURY TRIAL DEMANDED** |
| | ) | |
| VIZIO, INC., et al. | ) ) | |
| Defendant. | ) | |

**DEFENDANTS' MOTION FOR
SUMMARY JUDGMENT OF INVALIDITY**

Defendants LG Display Co., Ltd., LG Display America, Inc., LG Electronics, Inc., LG Electronics USA, VIZIO, Inc., Lenovo Holding Co., Inc. and Lenovo (United States) Inc. (collectively "Defendants"), by and through undersigned counsel, hereby move for summary judgment that Plaintiffs Delaware Display Group LLC and Innovative Display Technologies LLC asserted patents – U.S. Patent Nos. 7,537,370 and 7,434,974 – are invalid under 35 U.S.C. §§ 102, 103. The grounds for this motion are fully set forth in the Opening Brief in Support, filed concurrently herewith.

Respectfully submitted,

ROSS ARONSTAM & MORITZ LLP

*Of Counsel*:

Jamie B. Beaber
Kfir B. Levy
Baldine B. Paul
Anita Y. Lam
Alison T. Gelsleichter
Tiffany A. Miller
Michael L. Lindinger
Saqib J. Siddiqui
Michael J. Word
MAYER BROWN LLP
1999 K Street NW
Washington, D.C.  60606
(202) 263-3000
jbeaber@mayerbrown.com
klevy@mayerbrown.com
bpaul@mayerbrown.com
alam@mayerbrown.com
agelsleichter@mayerbrown.com
tmiller@mayerbrown.com
mlindinger@mayerbrown.com
ssiddiqui@mayerbrown.com
mword@mayerbrown.com

 */s/ Benjamin J. Schladweiler*
David E. Ross (#5228)
Benjamin J. Schladweiler (#4601)
100 S. West Street, Suite 400
Wilmington, DE  19801
(302) 576-1600
dross@ramllp.com
bschladweiler@ramllp.com

*Counsel for Defendants LG Electronics, Inc.,
LG Electronics U.S.A., Inc., LG Display Co.,
Ltd., and LG Display America, Inc.*

2

Robert G. Pluta
Amanda K. Streff
MAYER BROWN LLP
71 S. Wacker Drive
Chicago, IL  60606
(312) 782-0600
rpluta@mayerbrown.com
astreff@mayerbrown.com

*Counsel for Defendants LG Electronics, Inc.,*
*LG Electronics U.S.A., Inc., LG Display Co.,*
*Ltd., and LG Display America, Inc.*


                                            YOUNG CONAWAY STARGATT & TAYLOR, LLP

*Of Counsel*:                                 /s/ Pilar G. Kraman
                                            Adam W. Poff (#3990)
Jason C. Lo                                 Pilar G. Kraman (#5199)
Raymond A. LaMagna                          1000 North King Street
Jeffrey G. Lau                              Rodney Square
GIBSON, DUNN & CRUTCHER LLP                 Wilmington, DE  19801
333 South Grand Avenue                      (302) 571-6600
Los Angeles, CA  90071-3197                 apoff@ycst.com
                                            pkraman@ycst.com

Cassandra Gaedt-Sheckter
GIBSON, DUNN & CRUTCHER LLP                 *Counsel for Defendant VIZIO, Inc.*
1881 Page Mill Road
Palo Alto, CA  94304-1211

POTTER ANDERSON & CORROON LLP

*Of Counsel*:

Fred I. Williams
Jonathan Hardt
Mario A. Apreotesi
VINSON & ELKINS LLP
2801 Via Fortuna, Suite 100
Austin,  TX 78746-7568
(512) 542-8400


Todd E. Landis
Eric J. Klein
VINSON & ELKINS LLP
2001 Ross Avenue, Suite 3700
Dallas, TX  75201-2975
(214) 220-7700



Dated:  August 26, 2016

*/s/ Stephanie E. O'Byrne*
Richard L. Horwitz (#2246)
David E. Moore (#3983)
Bindu A. Palapura (#5370)
Stephanie E. O'Byrne (#4446)
Hercules Plaza, 6th Floor
1313 N. Market Street
Wilmington, DE  19801
(302) 984-6000
rhorwitz@potteranderson.com
dmoore@potteranderson.com
bpalapura@potteranderson.com
sobyrne@potteranderson.com

*Counsel for Defendants Lenovo Holding Co.*
*Inc. and Lenovo (United States) Inc.*

4

## CERTIFICATE OF SERVICE

I, Benjamin J. Schladweiler, hereby certify that on August 26, 2016, I caused the

foregoing *Defendants' Motion for Summary Judgment of Invalidity* to be served via electronic

mail upon the following counsel of record:

Joseph J. Farnan, Jr.
Brian E. Farnan
Michael J. Farnan
FARNAN LLP
919 North Market Street
12th Floor
Wilmington, DE  19801
farnan@farnanlaw.com
bfarnan@farnanlaw.com
mfarnan@farnanlaw.com

*Counsel for Plaintiffs Delaware*
*Display Group LLC and Innovative*
*Display Technologies LLC*

Jeffrey R. Bragalone
Patrick J. Conroy
Justin B. Kimble
Daniel F. Olejko
T. William Kennedy, Jr.
Stephanie R. Wood
BRAGALONE CONROY P.C.
Chase Tower
2200 Ross Avenue, Suite 4500W
Dallas, TX  75201
jbragalone@bcpc-law.com
pconroy@bcpc-law.com
jkimble@bcpc-law.com
dolejko@bcpc-law.com
bkennedy@bcpc-law.com
swood@bcpc-law.com

*Counsel for Plaintiffs Delaware*
*Display Group LLC and Innovative*
*Display Technologies LLC*


 */s/ Benjamin J. Schladweiler*
Benjamin J. Schladweiler (#4601)