IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| DELAWARE DISPLAY GROUP LLC AND INNOVATIVE DISPLAY TECHNOLOGIES LLC, | ) ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | Civil Action No. 13-2112-RGA |
| VIZIO, INC., | ) ) | REDACTED - PUBLIC VERSION |
| Defendant. | ) ) ) | |

**DECLARATION OF RAYMOND A. LAMAGNA, ESQ., IN SUPPORT OF DEFENDANT VIZIO, INC.'S MOTION FOR SUMMARY JUDGMENT OF NON-INFRINGEMENT OF U.S. PATENT NO. 7,537,370**

I, Raymond A. LaMagna, hereby declare that:

1.     I am an associate with the law firm of Gibson, Dunn & Crutcher LLP, counsel for Defendant VIZIO, Inc. ("VIZIO") in this action.  I make this declaration based on my personal knowledge and belief.

2.     Attached to this declaration at Exhibit A is a copy of the Expert Report of William Bohannon, dated May 18, 2016, including opinions regarding infringement.  Copies of certain materials cited therein, referred to as teardown charts TD-31-38 in the Expert Report of William Bohannon, are included as Exhibits A1-A8, described below.

3.     Attached to this declaration at Exhibit A1 is a copy of a claim chart purportedly mapping VIZIO's M3D421SR product to U.S. Patent No. 7,537,370., referred to by Mr. Bohannon as TD-31.

4.     Attached to this declaration at Exhibit A2 is a copy of a claim chart purportedly mapping VIZIO's M420KD product to U.S. Patent No. 7,537,370, referred to by Mr. Bohannon

as TD-32.

5.      Attached to this declaration at Exhibit A3 is a copy of a claim chart purportedly mapping VIZIO's M420SV product to U.S. Patent No. 7,537,370, referred to by Mr. Bohannon as TD-33.

6.      Attached to this declaration at Exhibit A4 is a copy of a claim chart purportedly mapping VIZIO's M501d-A2R product to U.S. Patent No. 7,537,370, referred to by Mr. Bohannon as TD-34.

7.      Attached to this declaration at Exhibit A5 is copy of a claim chart purportedly mapping VIZIO's M551d-A2 product to U.S. Patent No. 7,537,370, referred to by Mr. Bohannon as TD-35.

8.      Attached to this declaration at Exhibit A6 is a copy of a claim chart purportedly mapping VIZIO's M3D550SL product to U.S. Patent No. 7,537,370, referred to by Mr. Bohannon as TD-36.

9.       Attached to this declaration at Exhibit A7 is a copy of a claim chart purportedly mapping VIZIO's E291i-A1 product to U.S. Patent No. 7,537,370, referred to by Mr. Bohannon as TD-37.

10.     Attached to this declaration at Exhibit A8 is a copy of a claim chart purportedly mapping VIZIO's M471i-A2 product to U.S. Patent No. 7,537,370, referred to by Mr. Bohannon as TD-38.

11.      Attached to this declaration at Exhibit B is an excerpt of the Rebuttal Expert Report of Thomas L. Credelle, dated June 21, 2016.

12.     Attached to this declaration at Exhibit C is the Reply Expert Report on Infringement of William Bohannon, dated July 15, 2016.

13.     Attached to this declaration at Exhibit D is a copy of an excerpt of the transcript of the August 3, 2016 deposition of William Bohannon, annotated with highlighting to identify cited portions.

14.      Attached to this declaration at Exhibit E is a copy of an excerpt of the transcript of the August 4, 2016 deposition of William Bohannon, annotated with highlighting to identify cited portions.

15.     Attached to this declaration at Exhibit F is a copy of the U.S. Patent No. 7,537,370, issued May 26, 2009.

16.     Attached to this declaration at Exhibit G is a comparison of select claims of U.S. Patent No. 7,537,370.

17.     Attached to this declaration at Exhibit H is a copy of an excerpt of the transcript of the August 10, 2016 deposition of Thomas Credelle.

18.     Attached to this declaration at Exhibit I is a copy of an excerpt of the transcript of the August 11, 2016 deposition of Frederic J. Kahn, annotated with highlighting to identify cited portions.

19.     Attached to this declaration at Exhibit J is a copy of an excerpt of the transcript of the August 12, 2016 deposition of Frederic J. Kahn, annotated with highlighting to identify cited portions.

20.     Attached to this declaration at Exhibit K is a copy of the Decision for Institution of *Inter Partes* Review of U.S. Patent No. 7,537,370, IPR2014-01096, dated January 13, 2015.

21.     Attached to this declaration at Exhibit L is a copy of the Patent Owner's Preliminary Response to Petition for *Inter Partes* Review of U.S. Patent No. 7,537,370, IPR2015-01867, dated December 22, 2015.

22.    Attached to this declaration at Exhibit M is a copy of the Decision for Institution of *Inter Partes* Review of U.S. Patent No. 7,537,370, IPR2015-01867, dated March 17, 2016.

///

///

///

I declare under penalty of perjury that the foregoing, to the best of my knowledge, is true and accurate.

Executed at Los Angeles, California on August 26, 2016.

/s/ *Raymond A. LaMagna*
Raymond A. LaMagna

4