# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **DELAWARE DISPLAY GROUP LLC AND INNOVATIVE DISPLAY TECHNOLOGIES LLC** § § § § **Plaintiffs,** § § **v.** § § **VIZIO, INC., et al.** § § **Defendant.** § | § § § **C.A. No. 13-cv-2112-RGA** § § **JURY TRIAL DEMANDED** § § § § § § § |

## STIPULATION TO DISMISS

Under Federal Rule of Civil Procedure 41(a)(2), Plaintiffs Innovative Display Technologies LLC and Delaware Display Group LLC ("Plaintiffs") and Defendants both named VIZIO, Inc. (collectively, "Defendants") hereby agree, subject to the approval of the Court, as follows:

1. The claims for patent infringement brought by Plaintiffs, and the claims and defenses raised by Defendants, shall be dismissed WITH PREJUDICE; and

2. Each party is to bear its own costs, expenses, and attorneys' fees.

| | |
|---|---|
| Dated: June 20, 2017 | Respectfully submitted, |
| FARNAN LLP | YOUNG CONAWAY STARGATT & TAYLOR, LLP |
| */s/ Brian E. Farnan* | */s/ Pilar G. Kraman* |
| Brian E. Farnan (#4089)<br>919 North Market Street<br>12th Floor<br>Wilmington, DE 19801<br>Tel: (302) 777-0300<br>bfarnan@farnanlaw.com | Pilar G. Kraman (#5199)<br>Rodney Square<br>1000 North King Street<br>Wilmington, DE 19801<br>Tel: (302) 571-6600<br>pkraman@ycst.com |
| *Attorneys for Plaintiffs Delaware Display Group LLC and Innovative Display Technologies LLC* | *Attorneys for Defendants VIZIO, Inc.* |

IT IS SO ORDERED this _____ day of June, 2017.

_____
The Honorable Richard G. Andrews